Jack Silver, Esq. *pro hac vice*
LAW OFFICE OF JACK SILVER
California SBN 160575
708 Gravenstein Hwy. No. # 407
Sebastopol, CA 95472
JsilverEnvironmental@gmail.com
Tel. (707) 528-8175
Fax. (707) 829-0934

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| THE CHURCH OF THE EAGLE AND THE CONDOR, an Arizona Religious Corporation, on its own behalf and on behalf of all of its members; JOSEPH TAFUR, M.D., individually and as Spiritual Leader of The Church of the Eagle and the Condor; BELINDA ERIACHO, M.P.H.; KEWAL WRIGHT, BENJAMAN SULLIVAN, and JOSEPH BELLUS, members of The Church of the Eagle and the Condor,<br><br>       Plaintiffs,<br>v.<br><br>MERRICK GARLAND, Attorney General of the United States; ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security; ANNE MILGRAM, Administrator, U.S. Drug Enforcement Administration; and CHRISTOPHER MAGNUS, Commissioner, U.S. Customs and Border Protection,<br><br>       Defendants.<br>_____/ | Case No.:<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Plaintiff, The Church of the Eagle and the Condor, in this action in compliance with the provisions of:

    _X_    Rule 7.1, Federal Rules of Civil Procedure, a non-governmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    ____    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate

party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

__X__  No such corporation.

____   Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship_____

____   Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship_____

_____  Other(please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Respectfully submitted this 9th day of June, 2022.

                                             LAW OFFICE OF JACK SILVER

                                      By: s/ *Jack Silver*_____
                                              Jack Silver
                                              Attorney for Plaintiffs