AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| The Church of the Eagle and the Condor, an Arizona Religious Corporation, on its own behalf and on behalf of its members, et al.<br><br>*Plaintiff(s)*<br>v.<br>Merrick Garland, Attorney General of the United States; Alejandro Mayorkas, Secretary, U.S. Department of Homeland Security, et al.<br><br>*Defendant(s)* | Civil Action No. 2:22-cv-01004-SRB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Anne Milgram, Administrator
U.S. Drug Enforcement Administration
800 K St., NW  #500
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jack Silver, Esq.          See Page (3)  Additional Attorneys for Plaintiffs
Law Office of Jack Silver
708 Gravenstein Hwy. No # 407
Sebastopol, CA 95472
Tel. (707) 528-8175

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-01004-SRB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Additional Attorneys for Plaintiffs:**

Gilbert Paul Carrasco, *pro hac vice*
Professor of Law
Willamette University College of Law
c/o 19431 Sunray Lane, # 102
Huntington Beach, California 92648-6401
carrasco@willamette.edu
(503) 990-4879

Sean T. McAllister, Esq., *pro hac vice*
McAllister Law Office, P.C.
4035 E. 3rd Avenue
Denver, CO 80220
sean@mcallisterlawoffice.com
(720) 448-6235

Martha J. Hartney, Esq., *pro hac vice*
Hartney Law, LLC
4450 Arapahoe Avenue, Suite 100
Boulder, CO 80303
martha@hartneylaw.com
(303) 747-3909 (office)
(303) 835-7199 (fax)

Ismail Lourido Ali, Esq., *pro hac vice*
1530 Campus Drive
Berkeley, CA 94708
lourido.ali@gmail.com
(559) 801-7317