UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** The Church of the Eagle and the Condor ; Joseph Tafur , M.D.; Belinda Eriacho , M.P.H.; Kewal Wright ; Benjaman Sullivan ; Joseph Bellus

**Defendant(s):** Merrick Garland , Attorney General of the United States; Alejandro Mayorkas , Secretary, U.S. Department of Homeland Security; Anne Milgram , Administrator, U.S. Drug Enforcement Administration; Christopher Magnus , Commissioner, U.S. Customs and Border Protection

County of Residence: Maricopa

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Jack Silver**
Law Office of Jack Silver
708 Gravenstein Hwy No # 407
Sebastopol, California  95472-2808
707-528-8175

**Gilbert P. Carrasco , Professor of Law**
Willamette University College of Law
c/o 19431 Sunray Lane # 102
Huntington Beach, California  92648-6401

**Sean T. McAllister**
McAllister Law Office, P.C.
4035 E. 3rd Avenue
Denver, Colorado  80220
720-448-6235

**Martha J. Hartney**
Hartney Law, LLC
4450 Arapahoe Ave. Suite 100

Defendant's Atty(s):

**Boulder, Colorado  80303**
**303-747-3909**

**Ismail L. Ali**
**1530 Campus Drive**
**Berkeley, California  94708-2060**
**559-801-7317**

---

| | |
|---|---|
| <u>II. Basis of Jurisdiction:</u> | **1. U.S. Government Plaintiff** |
| <u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)** | |
| Plaintiff:- | **N/A** |
| Defendant:- | **N/A** |
| <u>IV. Origin</u> : | **1. Original Proceeding** |
| <u>V. Nature of Suit:</u> | **440 Other Civil Rights** |
| <u>VI.Cause of Action:</u> | **Religious Freedom Restoration Act, 42 U.S.C. § 2000bb-1(c); Freedom of Information Act 5 U.S.C. § 552(a)(4)(B) Plaintiffs seek declaratory and injunctive relief under the RFRA** |
| <u>VII. Requested in Complaint</u> | |
| Class Action: | **No** |
| Dollar Demand: | |
| Jury Demand: | **No** |

<u>VIII. This case</u> **IS RELATED** to Case Number **2:20-cv-02373-PHX-ROS** assigned to Judge **Roslyn O. Silver.**

---

**Signature:**  <u>/s/ Jack Silver</u>

**Date:**  <u>6/9/2022</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**