# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Arizona

The Church of the Eagle and the Condor, an Arizona Religious Corporation, on its own behalf and on behalf of its members, et al.

    Plaintiff(s),

VS.

Merrick Garland, Attorney General of the United States, et al

    Defendant(s).

Attorney: Jack Silver

Law Office of Jack Silver
708 Gravenstein Hwy. No. # 407
Sebastopol CA 95472



*279857*

Case Number: 2:22-cv-01004-SRB

Legal documents received by Same Day Process Service, Inc. on **06/13/2022** at **5:45 PM** to be served upon **Alejandro Mayorkas, Secretary U.S. Department of Homeland Security at Office of the General Counsel, 2707 Martin Luther King Jr. Ave., SE, Washington, DC 20528-0485**

I, **Cora Heishman**, swear and affirm that on **June 16, 2022** at **4:20 PM**, I did the following:

Served **Alejandro Mayorkas, Secretary U.S. Department of Homeland Security** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction** by Certified Mailing to **Alejandro Mayorkas, Secretary U.S. Department of Homeland Security** at **Office of the General Counsel, 2707 Martin Luther King Jr. Ave., SE , Washington, DC 20528-0485**.

**Supplemental Data Appropriate to this Service:** On 06/16/2022, a copy of the legal documents was certified mailed to the subject with receipt number: 70210950000187116950 to the address of: 2707 Martin Luther King Jr. Ave., SE, Washington, DC 20528-0485.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Cora Heishman**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:279857

