## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Arizona

The Church of the Eagle and the Condor, an Arizona Religious Corporation, on its own behalf and on behalf of its members, et al.

      Plaintiff(s),

VS.

Merrick Garland, Attorney General of the United States, et al

      Defendant(s).

Attorney: Jack Silver

Law Office of Jack Silver
708 Gravenstein Hwy. No. # 407
Sebastopol CA 95472


*279858*

**Case Number: 2:22-cv-01004-SRB**

Legal documents received by Same Day Process Service, Inc. on **06/13/2022** at **5:46 PM** to be served upon **Anne Milgram, Administrator U.S. Drug Enforcement Administration,** at **75 Morrissette Dr., Springfield, VA, 22152**

I, **John McKenna**, swear and affirm that on **June 14, 2022** at **2:33 PM**, I did the following:

Served **Anne Milgram, Administrator U.S. Drug Enforcement Administration, a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Complaint; Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction** to **Debora Browne** as **Authorized Agent** at **75 Morrissette Dr. , Springfield, VA 22152** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 60 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: Black Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**John McKenna**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:279858

