# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Church of the Eagle and the Condor, et al., | No. CV-22-01004-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Merrick Garland, et al., | |
| Defendants. | |

After review of the docket, the Court notes that the Complaint in this matter was filed on June 9, 2022. Plaintiffs appear to have not completed service pursuant to the requirements of Rule 4(i), Federal Rules of Civil Procedure within the time required by Rule (4)(m).

Plaintiffs are notified that this matter will be dismissed within 7 days if Plaintiffs fail to show good cause before that date for its apparent failure to complete service of the summons and complaint.

Dated this 18th day of August, 2022.

*Susan R. Bolton*
Susan R. Bolton
United States District Judge