Jack Silver, Esq. *pro hac vice*
LAW OFFICE OF JACK SILVER
California SBN 160575
708 Gravenstein Hwy. No. # 407
Sebastopol, CA 95472
JsilverEnvironmental@gmail.com
Tel. (707) 528-8175
Fax. (707) 829-0934

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| THE CHURCH OF THE EAGLE AND THE CONDOR, et al<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>MERRICK GARLAND, Attorney General of the United States, et al<br><br>　　　　　Defendants._____/ | Case No.: CV-22-01004-PHX-SRB<br><br>**PLAINTIFFS' RESPONSE TO ORDER** |

　　　Plaintiffs in this action provide the following response to the Order of this Court dated August 18, 2022, entered in the Docket as # 15.

　　　Although prepared, upon review Plaintiffs discovered that service on the United States Attorney for the District of Arizona was not perfected. Plaintiffs apologize to the Court for this oversight in not completing service pursuant to the requirements of FRCP Rule 4(i).

　　　Service of process of the pleadings upon the United States Attorney for the District of Arizona has been initiated and the proof of service will be filed with this Court as soon as it is returned. All other named Defendants in this action have been served, and the related proofs of service have been placed in the Court's docket. All other requirements of FRCP 4(i) have been complied with.

Dated: August 19, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　LAW OFFICE OF JACK SILVER

　　　　　　　　　　　　　　　　　　　By: s/ *Jack Silver*
　　　　　　　　　　　　　　　　　　　　　Jack Silver
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs