# AFFIDAVIT OF PROCESS SERVER

United States District Court for the District of Arizona

The Church of the Eagle and the Condor, an Arizona Religious Corporation, on its own behalf and on behalf of its members, et al.

    Plaintiff(s),

VS.

Merrick Garland, Attorney General of the United States, et al

    Defendant(s).

Attorney: Jack Silver

Law Office of Jack Silver
708 Gravenstein Hwy. No. # 407
Sebastopol CA 95472


*283411*

**Case Number: 2:22-cv-01004-SRB**

Legal documents received by Same Day Process Service, Inc. on **08/19/2022** at **12:42 PM** to be served upon **Civil Process Clerk - U.S. Attorney for the District of Arizona at 401 West Washington St., Suite 130, SPC 1, Phoenix, AZ 85003-2118**.

I, **Cora Heishman**, swear and affirm that on **August 19, 2022** at **3:33 PM**, I did the following:

Served **Civil Process Clerk - U.S. Attorney for the District of Arizona** by delivering a conformed copy of the **Summons in a Civil Action; Complaint** by Certified Mailing to Civil Process Clerk - U.S. Attorney for the District of Arizona at **401 West Washington St., Suite 130, SPC 1 , Phoenix, AZ 85003-2118**.

**Supplemental Data Appropriate to this Service:** On 08/19/2022, a copy of the legal documents was certified mailed to the subject with receipt number: 70220410000276198153 to the address of: 401 West Washington St., Suite 130, SPC 1, Phoenix, AZ 85003-2118. The domestic return receipt has been requested and a subsequent affidavit will be created once received.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Cora Heishman
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:283411

