# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Arizona

The Church of the Eagle and the Condor, an Arizona Religious Corporation, on its own behalf and on behalf of its members, et al.

Plaintiff(s),

vs.

Merrick Garland, Attorney General of the United States, et al

Defendant(s).

Attorney: Jack Silver
Law Office of Jack Silver
708 Gravenstein Hwy. No. # 407
Sebastopol CA 95472



*283410*

Case Number: 2:22-cv-01004-SRB

Legal documents received by Same Day Process Service, Inc. on **08/19/2022** at **12:39 PM** to be served upon **Merrick Garland, Attorney General of the United States** at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, DC 20530-0001

I, **Cora Heishman**, swear and affirm that on **August 19, 2022** at **3:33 PM**, I did the following:

Served **Merrick Garland, Attorney General of the United States** by delivering a conformed copy of the **Summons in a Civil Action; Complaint    by Certified Mailing to    Merrick Garland, Attorney General of the United States** at U.S. Department of Justice, 950 Pennsylvania Ave., NW , Washington, DC 20530-0001.

**Supplemental Data Appropriate to this Service:** On 08/19/2022, a copy of the legal documents was certified mailed to the subject with receipt number: 70220410000276198160 to the address of: 950 Pennsylvania Ave., NW, Washington, DC 20530-0001. The domestic return receipt has been requested and a subsequent affidavit will be created once received.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*[Signature]*

Cora Heishman
Process Server
Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:283410

