BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

BRIGHAM J. BOWEN
Assistant Branch Director

GISELLE BARCIA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-1865
Fax: (202) 514-8640
E-mail: giselle.barcia@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| THE CHURCH OF THE EAGLE AND THE CONDOR, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>MERRICK GARLAND, *et al.*,<br><br>    Defendants. | **Case No. 2:22-cv-01004-SRB**<br><br>**NOTICE OF APPERANCE** |

PLEASE TAKE NOTICE that Giselle Barcia of the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby appears as counsel of record in this action for Defendants Merrick Garland, Attorney General of the United States; Alejandro Mayorkas, Secretary, U.S. Department of Homeland Security; Anne Milgram, Administrator, U.S. Drug Enforcement Administration; and Christopher Magnus, Commissioner, U.S. Customs and Border Protection.

Dated: September 19, 2022              Respectfully submitted,

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Giselle Barcia*
GISELLE BARCIA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-1865
Fax: (202) 514-8640
E-mail: giselle.barcia@usdoj.gov

*Counsel for Defendants*