1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

9

10    THE CHURCH OF THE EAGLE AND          **Case No. 2:22-cv-01004-SRB**
      THE CONDOR, *et al.*,

11                                                **[PROPOSED] ORDER**
                    Plaintiffs,
12

13          v.

14    MERRICK GARLAND, *et al.*,

15
                    Defendants.
16

17          Having reviewed Defendants' Unopposed Motion to Extend Responsive Pleading

18    Deadline, and good cause appearing,

19          IT IS ORDERED granting the Motion and extending Defendants' deadline to file a

20    responsive pleading until November 15, 2022, Plaintiffs' deadline to file any potential

21    opposition until December 15, 2022, and Defendants' deadline to file any potential reply

22    until January 5, 2023.

23

24    DATED:

25                                         _____

26                                                Hon. Susan R. Bolton

27

28