# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| The Church of The Eagle and The Condor, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Merrick Garland, et al., <br><br> Defendants. | Case No. 2:22-cv-01004-SRB <br><br> **ORDER** |

Having reviewed Defendants' Unopposed Motion to Extend Responsive Pleading Deadline (Doc. 21), and good cause appearing,

IT IS ORDERED granting the Motion and extending Defendants' deadline to file a responsive pleading until **November 15, 2022**, Plaintiffs' deadline to file any potential opposition until **December 15, 2022**, and Defendants' deadline to file any potential reply until **January 5, 2023**.

Dated this 20th day of September, 2022.

_____
Susan R. Bolton
United States District Judge