# Exhibit 1 to
# Declaration of Joseph Tafur, M.D.

# EXHIBIT 1



## NOTICE

NARCOTICS AND/OR OTHER CONTRABAND, PROHIBITED FROM ENTRY INTO THE UNITED STATES, HAVE BEEN SEIZED AND REMOVED FOR APPROPRIATE ACTION UNDER 19CFR145.59. YOU WILL BE RECEIVING CORRESPONDENCE FROM OUR FINES, PENALTIES AND FORFEITURES BRANCH IN THE NEAR FUTURE.