1  Jack Silver, Esq. *pro hac vice*
   LAW OFFICE OF JACK SILVER
2  California SBN 160575
   708 Gravenstein Hwy. No. # 407
3  Sebastopol, CA 95472
   JsilverEnvironmental@gmail.com
4  Tel. (707) 528-8175
   Fax. (707) 829-0934
5
   *Attorney for Plaintiffs*
6

7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF ARIZONA**

10

11 The Church of the Eagle and the Condor, et       Case No.: CV-22-01004-PHX-SRB
   al,
                                                     **Declaration of Martha J. Hartney in**
12            Plaintiffs,                            **Support of Plaintiffs' Opposition to**
       v.                                            **Defendants' Motion to Dismiss**
13
   Merrick Garland, Attorney General of the          **Judge: Honorable Susan R. Bolton**
14 United States, et al,

15            Defendants.
                                        /
16
       I, Martha J. Hartney, do hereby declare under penalty of law that the following facts are
17
   true and correct:
18
   1.     I am an attorney licensed to practice in Colorado since 2010. I make this declaration
19
   based on my personal knowledge, unless otherwise stated, and I am competent to testify to the
20
   matters set forth herein. I make this Declaration in support of Plaintiffs' Opposition to
21
   Defendants' Motion to Dismiss.
22
   2.     With full knowledge of prior ayahuasca prosecutions Defendants challenge Plaintiffs
23
   to provide this court evidence of those past prosecutions. (Doc. 23, p. 15, lns 1-4).
24
   3.     As Defendants well know, there has been a history of past federal enforcements and a
25
   substantial record of past and current involvement in state and local prosecutions of ayahuasca
26
   use. Defendants have investigated, made arrests, and prosecuted ayahuasca use directly, and
27

28 *Declaration of Martha J. Hartney*        Page 1 of 5

1    have coordinated with state and local law enforcement officers to arrest and prosecute behavior

2    related to the use of ayahuasca.

3    4.      Plaintiffs have attempted to ascertain more specific information about the seizure and

4    destruction of its sacrament by filing FOIA submissions with Defendants. DEA failed to

5    respond to the FOIA request, and CBP failed to fully comply with the request. Neither

6    provided information on prior enforcements as requested.   The following list of prior

7    enforcement is incomplete due to the obstructive and unlawful behavior of Defendants.

8    5.      On or about May 20, 1999, federal authorities raided the home of Jonathan Goldman

9    in Ashland, Oregon, in full SWAT regalia with guns drawn and in the presence of his minor

10   children. Authorities arrested Mr. Goldman and seized his church's *Daime*—a tea identical to

11   the ayahuasca in this case. Mr. Goldman was and remains a leader of the Church of the Holy

12   Light of the Queen, a Santo Daime church in Oregon. This arrest ultimately resulted in a

13   holding in favor of the church and Goldman in the federal district court case *Church of the*

14   *Holy Light of the Queen v. Mukasey,* 615 F.Supp.2d 1210 (D.Or. 2009). Exhibit A, p. 1 to this

15   declaration is a true and accurate reproduction of Judge Panner's Second Amended Judgment.

16   6.      On or about May 21, 1999, federal authorities intercepted a shipment of *hoasca tea* sent

17   to Mr. Jeffrey Bronfman of Sante Fe, New Mexico. Federal authorities executed a search

18   warrant of Mr. Bronfman's office housing the administrative offices of O Centro Espirita

19   Beneficiente Uni o do Vegetal ("UDV"), a religious organization using *hoasca tea* as its

20   sacrament—a tea identical to the ayahuasca in this case. This seizure resulted in the Supreme

21   Court ruling applicable in this case. *Gonzales v. O Centro Espírita Beneficente Uni o Do*

22   *Vegetal*, 546 U.S. 418 (2006).

23   7.      On January 24, 2002, federal authorities indicted Mr. Alan Shoemaker for possession

24   with intent to distribute a Schedule I controlled substance—DMT. Mr. Shoemaker had been

25   importing *banisteriopsis caapi* vine which is a legal, non-regulated plant and *diplopterys*

26   *cabrerana* leaves which contain trace amounts of the prohibited substance DMT and which are

27   similar to the *psychotria viridis* leaves brewed in Plaintiffs' ayahuasca tea. Mr. Shoemaker was

28   *Declaration of Martha J. Hartney*        Page 2 of  5

1  charged with possession of the entire weight of all the plant materials shipped to the U.S.—450

2  kilos including the weight of the legal plant material *b. cappi*. Mr. Shoemaker was held in

3  prison for 59 days and bonded out, fleeing to South America where he has lived ever since. Mr.

4  Shoemaker has never been able to return to the United States due to his religious use of and

5  commitment to ayahuasca—which he stands by to this day. Exhibit A, p. 2 to this declaration

6  is a true and accurate reproduction of the Order Granting Motion to Destroy Bulk Evidence.

7  Exhibit A, p. 3 to this declaration is a true and accurate reproduction of a Screenshot of

8  PACER search result for case 1:02-cr-00046-UNA-JEM.

9  8.      On October 19, 2010, Taita Juan Bautista Agreda Chindoy, a Kametsa traditional healer

10  and Colombian national, was stopped at Customs at the Houston International Airport where

11  he was searched, arrested, and detained for possession of ayahuasca. Exhibit A, p. 4-7 to this

12  declaration is a true and accurate reproduction of the Federal Criminal Complaint against

13  Chindoy, U.S. Federal District Court, Southern District of Texas.

14  9.      On November 29, 2017, Mr. Gustavo Alberto Vargas was arrested and prosecuted

15  federally for possession of ayahuasca. Mr. Vargas was sentenced to twelve (12) months of

16  probation, 100 hours of community service, and mandatory drug testing. Exhibit A, p. 8-9 to

17  this declaration is a true and accurate reproduction of the Criminal Minutes and Sentencing

18  Memo for Gustavo Alberto Vargas from Case No. 8:18-cr-00296-MSS-AAS.

19  10.     In February 2019, U.S. Customs and Border Protection seized three bottles of ayahuasca

20  from Canadian Bumper Fisher as he came across the border from Canada to the United States.

21  Mr. Fisher was turned over to Buffalo Police for processing and prosecution. Exhibit A, p. 10

22  to this declaration is a true and accurate reproduction of the CBP website press release dated

23  02/09/2018. https://www.cbp.gov/newsroom/local-media-release/cbp-seizes-hallucinogenic-

24  drug-hidden-shampoo-bottles (last visited December 6, 2022).

25  11.     In September 2020, a shipment of ayahuasca from Dr. Tafur's spiritual center in Iquitos,

26  Peru to Dr. Tafur was interdicted by CBP. Plaintiffs' ayahuasca shipment was destroyed

27  summarily. The shipping box containing the ayahuasca was forwarded to Dr. Tafur at the

28  *Declaration of Martha J. Hartney*        Page 3 of  5

1    receiving address with the Notice as averred in the Complaint.

2    12.      In March 2022, a Denver woman, Ms. Tina Kat Courtney, an ayahuasquera trained in

3    the Shipibo lineage was arrested after a shipment of ayahuasca was seized by Customs,

4    transferred to HSI, which then transferred primary investigation and prosecution authority to

5    local police. Discovery materials in Ms. Courtney's case show law enforcement's ability to

6    recognize ayahuasca on sight and knowledge of its religious use. Exhibit A, p.11 - 12 to this

7    declaration is a true and accurate reproduction of Department of Homeland Security's Custody

8    Receipt for Seized Property and Evidence form tracking the interdicted package from CBP to

9    Homeland Security Investigations then to local police. Exhibit A, p. 13-15 to this declaration

10   is a true and accurate reproduction of the Affidavit and Application for Arrest Warrant and the

11   Arrest Warrant for Tina Marie Courtney.

12   13.      On March 18, 2021, Dearborn, MI Narcotics Unit, in direct cooperation with Homeland

13   Security Investigations ("HSI") searched the home of a deidentified suspect after CBP

14   interdicted a shipment of ayahuasca from Peru. The suspect took a plea deal for two years'

15   probation. Exhibit A, p.16–19 to this declaration is a true and accurate reproduction of the

16   Wayne County Prosecuting Attorney's Recommendation. Exhibit A, p. 20 to this declaration

17   is a true and accurate reproduction of People's Settlement Offer.

18   14.      As evidence that Defendants know of the existence of ayahuasca and its religious use,

19   Plaintiffs present two press releases from CBP's own website.

20   15.      Exhibit A, p. 21 to this declaration is a true and accurate reproduction of the press

21   release titled, "60 Pounds of Dimethyltryptamine Seized by CBP Officers," dated 06/23/2020

22   https://www.cbp.gov/newsroom/local-media-release/60-pounds-dimethyltryptamine-seized-

23   cbp-officers. Last visited December 7, 2022. The press release states, "The history of human

24   experience with DMT probably goes back several hundred years since DMT usage is

25   associated with a number of religious practices and rituals."

26   16.      Exhibit A, p. 22 to this declaration is a true and accurate reproduction of the press

27   release titled, "Memphis Seizes 6 Kilos of DMT en route to Arkansas," dated 07/26/2021.

28   *Declaration of Martha J. Hartney*          Page 4 of 5

1    https://www.cbp.gov/newsroom/local-media-release/memphis-seizes-6-kilos-dmt-en-route-

2    arkansas. Last visited December 7, 2022. The press release states, "DMT is generally smoked

3    or consumed orally in brews like Ayahuasca."

4    17.      In addition to direct enforcement, Defendants operate in close cooperation with federal,

5    state and local law enforcement, freely sharing information between law enforcement agencies.

6    DEA funds state and local law enforcement of the Controlled Substances Act through the

7    HIDTA (High Intensity Drug Trafficking Areas program).

8              DEA's website (www.dea.gov/operations/hidta) states:

9              High Intensity Drug Trafficking Areas (HIDTA) program, created by
       Congress with the Anti-Drug Abuse Act of 1988, provides assistance to
10     Federal, state, local, and tribal law enforcement agencies operating in areas
       determined to be critical drug-trafficking regions of the United States. This
11     grant program is administered by the Office of National Drug Control
       Policy (ONDCP). There are currently 33 HIDTAs, and HIDTA-designated
12     counties are located in 50 states, as well as in Puerto Rico, the U.S. Virgin
       Islands, and the District of Columbia. The DEA plays a very active role and
13     has more than 1,500 authorized special agent positions dedicated to the
       program. At the local level, the HIDTAs are directed and guided by
14     Executive Boards composed of an equal number of regional Federal and
       non-Federal (state, local, and tribal) law enforcement leaders. The 2021
15     HIDTA annual budget is $290 millio. https://www.dea.gov/operations/hidta
       (last visited December 7, 2022).

16
17   18.      One of the HIDTAs is located in Maricopa County, where Plaintiffs are located, and

     was connected to the arrest and indictment of Clay Villanueva—a practitioner local to by
18
     Plaintiffs. Mr. Villanueva was subjected to a raid by HIDTA, after a referral was made from
19
     the DEA to Maricopa County Sheriff's Office ("MCSO") *See* Case 3:20-cv-03098-WHO. On
20
     August 22, 2021, upon departure to Peru, Mr. Villanueva was detained, arrested and jailed in
21
     Los Angeles County based on an indictment executed on June 9, 2021. Exhibit A, p. 23 to this
22
     declaration is a true and accurate reproduction of the Arrest Report from Los Angeles Police
23
     Department. Mr. Villanueva died on April 1, 2022.
24
     I declare under the penalty of perjury pursuant to the laws of the United States, that the
25   statements made in this declaration are true and correct to the best of my recollection.
     Executed this  11th   day of  December , 2022 at Boulder, Colorado.
26

27   _____
                 Martha J. Hartney
28
     *Declaration of Martha J. Hartney*          Page 5 of  5