# Exhibit A to
# Declaration of Martha J. Hartney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CHURCH OF THE HOLY LIGHT OF
THE QUEEN, et al.,

                No. 1:08-cv-03095-PA

        Plaintiffs,

    v.                 **SECOND AMENDED**
                         **JUDGMENT**

ERIC HOLDER, et al.,

        Defendants.

Defendants are enjoined from prohibiting plaintiffs'
importation, storage, distribution, and use of Daime tea for
plaintiffs' religious ceremonies.

IT IS SO ORDERED.

DATED this _____ 6 _____ day of January, 2012.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

EXHIBIT A - PAGE 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
Luther D. Thomas, Clerk
By: _____
Deputy Clerk

UNITED STATES OF AMERICA,

         CRIMINAL CASE NO.

v.

         1:02-CR-46-01-JEC
         **MAGISTRATE JUDGE BAVERMAN**

ALAN SHOEMAKER

Defendant(s)

## ORDER

The above entitled action is presently before the Court on the Government's Renewed Motion to Destroy Bulk Evidence [93] and the objection of defendant Shoemaker's counsel [94].[1]

IT IS HEREBY ORDERED that the Court **GRANTS** the Government's Renewed Motion to Destroy Bulk Evidence [93].

SO ORDERED this _____ day of NOVEMBER, 2004.

_____
JULIE E. CARNES
UNITED STATES DISTRICT JUDGE

---

[1] Defendant Shoemaker is a fugitive. As he has violated the conditions of his bond and federal law by his failure to appear, this Court is not inclined to consider his input, made in absentia, on any matter connected with this case.

EXHIBIT A - PAGE 3

*AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

**SOUTHERN** _____ DISTRICT OF _____ **TEXAS**

**HOUSTON DIVISION**

UNITED STATES OF AMERICA
V.

JUAN AGREDA-CHINDOY

**UNITED STATES COURTS**
**SOUTHERN DISTRICT OF TEXAS**
**FILED**

**OCT 2 1 2010**

David J. Bradley, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: **H10-1020M**

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about ___October 19, 2010___ in _____Harris_____ County, in

(Date)

the _____Southern_____ District of _____Texas_____ defendant(s) did,

_(Track Statutory Language of Offense)_

Knowingly and intentionally possess with intent to distribute a mixture or substance containing detectable amount of dimethyltryptamine, a Schedule I controlled substance,

in violation of Title ___21___ United States Code, Section(s) ___841(a)(1), 841(b)(1)(C)___ .

I further state that I am a(n) ___ICE Senior Special Agent___ and that this complaint is based on the

Official Title

following facts:

See attached Affidavit in Support of Criminal Complaint.

Continued on the attached sheet and made a part of this complaint: ☑ Yes ☐ No

_____
Signature of Complainant

Sokho Hwang
Printed Name of Complainant

Sworn to before me and signed in my presence, and I find probable cause.

___10-21-10___
Date

at ___Houston___ ___Texas___
City State

Mary Milloy          United States Magistrate
Name of Judge          Title of Judge          _____
Signature of Judge

EXHIBIT A - PAGE 4

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Sokho Hwang, being first duly sworn, depose and state the following:

1.   I am a Senior Special Agent (SSA) with the United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), and have been so employed for seven years.   Prior to my employment with ICE, I was a Special Agent with the U.S. Customs Service for approximately three years. During my career in the Federal Government, I have conducted investigations involving the possession and importation of controlled substances and have received training in the investigation of violations of the Controlled Substances Act as found in Title 21, United States Code.

2.   The information enumerated in the paragraphs below, furnished in support of this affidavit, is derived from my own observations and based upon the observations of United States Customs and Border Protection (CBP) Officers and United States Immigration and Customs Enforcement (ICE) Special Agents.   Because this affidavit is being submitted for the limited purpose of establishing probable cause for this arrest, the affidavit may not contain every fact known to me during the course of this investigation.

3.   On October 19, 2010, Juan Bautista AGREDA-Chindoy, a Colombian national, arrived at Bush Intercontinental Airport (IAH) in Houston, Texas, on Continental flight 882 from Bogota, Colombia.   AGREDA-Chindoy was scheduled to depart IAH later that day on a connecting flight, to Portland, Oregon.

4.   Customs and Border Protection (CBP) Officer George Haas who was working as a Primary officer in Passport Control selected AGREDA-Chindoy for a secondary baggage inspection due to conflicting answers provided by AGREDA-Chindoy regarding where he was traveling to.   AGREDA-Chindoy, who was traveling to Portland, Oregon, said he was traveling to New York and displayed nervousness when asked how many bags he was traveling with.

1

5.   CBP Officer Jaime Alcocer inspected AGREDA-Chindoy in baggage control secondary inspection.  While conducting an inspection of AGREDA-Chindoy's baggage, CBP Officer Alcocer approached AGREDA-Chindoy who was traveling alone and questioned him regarding the purpose of his trip and where he was headed. AGREADA-Chindoy stated that he was headed to Oregon, New York, and then San Francisco. CBP Officer asked AGREDA-Chindoy if he had anything to declare. AGREDA-Chindoy stated he did have medicine that he would like to declare. According to the CBP Form 6059B, AGREDA-Chindoy did not declare the medicine.  During the examination of the two suitcases, CBP Officer Alcocer noticed four plastic bottles that contained what AGREDA-Chindoy referred to as medicine. CBP Officer Alcocer recognized the same plastic bottles from a similar seizure that happened last week at the IAH where the substance examined by the CBP lab tested to be Dimethyltryptamine (DMT), a Scheduled I controlled substance.  A field test was conducted on the current plastic bottle which field-tested positive to contain Morphine. CBP weighed the contents of the four bottles and one bottle of the same substance in a powder form to be approximately 8355 grams.

7.   At approximately 2:35 p.m., I arrived at the scene. At approximately 4:30 p.m. on October 19, 2010, after Senior Special Agent Hector Villareal advised AGREDA-Chindoy of his Miranda rights, AGREDA-Chindoy said he was willing to speak with agents without an attorney.  AGREDA-Chindoy stated he knew that the medicine was a narcotic. AGREDA-Chindoy also stated that the substance is illegal in Colombia unless you are licensed. AGREDA-Chindoy stated that he is a licensed medicine man. AGREDA-Chindoy stated that the medicine is used for heroin addiction and he was going to Oregon to give it to friends.  For his troubles, he will be paid approximately $1,000. AGREDA-Chindoy stated he had made four similar trips in the past.

8.   Analysis of one of the bottles containing the liquid substance and the bottle containing the powder substance by the CBP Laboratory determined that the liquid substance contained Dimethyltryptamine (DMT), a Scheduled I controlled substance, while the powder substance did not contain any controlled substance.

9.   Based on my experience and the aforementioned facts and observations, the affiant believes there is probable cause to believe that AGREDA-Chindoy did knowingly,

EXHIBIT A - PAGE 6

intentionally and unlawfully possess with intent to distribute, 500 grams or more of a mixture or substance containing a detectable amount of dimethyltryptamine, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and did import into the United States from a place outside thereof, a Schedule I controlled substance, believed to be dimethyltryptamine, in violation of Title 21, United States Code, Section 952(a).

_____
Sokho Hwang
Senior Special Agent
U.S. Immigration and Customs
Enforcement


Sworn and subscribed before me this 21st day of October, 2010, and I find probable cause.

_____
Mary Milloy
U.S. Magistrate Judge

3

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## HONORABLE MARY S. SCRIVEN

| CASE NO.  8:18-cr-296-T-35AAS | DATE:  October 2, 2018 |
|---|---|
| TITLE:  USA v. **Gustavo Alberto Vargas** | |
| TIME:  10:03 AM -10:17 AM | TOTAL: 14 MINUTES |

| Courtroom Deputy: Keyanna Thomas | Interpreter: Rick Arenas/Spanish |
|---|---|
| Court Reporter: David Collier | Probation: Kaleena K. Roy |
| Counsel for Government:      AUSA Josephine W. Thomas | |
| Counsel for Defendant:      Nicole Valdes Hardin, AFPD | |

## CRIMINAL MINUTES

The Defendant is sworn and sentenced as to Count One of the Information.

Probation: **TWELVE (12) MONTHS**.

Fine is waived.

Special Assessment: $25.00 (X) to be paid immediately.

Special conditions of probation:

- Defendant shall perform 100 Hours of active community service at a facility or organization.

- The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court orders the defendant to submit to random drug testing requirements not to exceed 104 tests per year.

- Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

Defendant advised of right to appeal and of right to counsel on appeal.

The defendant shall report immediately to the United States Probation Office at 501 East Polk Street, Suite 800, Tampa, Florida.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 2 |
| Criminal History Category: | I |
| Imprisonment Range | 0-6 months |
| Supervised Release Range | 1 years |
| Restitution: | N/A |
| Fine Range | $200-$9,500 |
| Special Assessment | $25.00 |

Adjustments/changes to the PSR:

An official website of the United States government   Here's how you know

**U.S. Customs and Border Protection**

Travel ▾  Trade ▾  Border Security ▾  Newsroom ▾  About CBP ▾  Careers ▾  Employee Resources ▾

## Archived Content

In an effort to keep CBP.gov current, the archive contains content from a previous administration or is otherwise outdated.

Home » Newsroom » Local Media Release » CBP Seizes Hallucinogenic Drug Hidden In Shampoo Bottles

### Newsroom

- Accountability and Transparency
- Legal Notices
- Advisories
- Media Releases
- Photo Gallery
- Video Gallery
- Press Officers
- Publications
- Social Media Directory
- Speeches/Statements
- Spotlights
- Stats and Summaries
- COVID-19

# CBP Seizes Hallucinogenic Drug Hidden In Shampoo Bottles

Release Date: Fri, 02/09/2018 - 12:00

**BUFFALO, N.Y.** – U.S. Customs and Border Protection officers at the Peace Bridge seized more than 3.5 kilograms of N,N-Dimethyltryptamine (DMT) a hallucinogenic substance listed as a Schedule I drug under the Controlled Substances Act of 1970.

CBP officers at Peace Bridge encountered Bumper Fisher, age 42, citizen of Canada, applying for admission to the United States. Officers became suspicious about Fisher's intent during primary inspection and referred him for further examination. During an inspection of his vehicle, officers discovered three bottles labeled "shampoo" in the rear passenger foot well. The substance in the bottles tested positive for DMT.

"CBP officers remain vigilant and work hard to keep our communities safe," said Acting Port Director Cary Frieling. "Our officers' experience, combined with the use of available tools, continues to keep dangerous drugs from entering our country."

The drugs were seized and Fisher was arrested and turned over to the Buffalo Police Department to face charges.

While anti-terrorism is the primary mission of U.S. Customs and Border Protection, the inspection process at the ports of entry associated with this mission results in impressive numbers of enforcement actions in all categories.

For more information about CBP, please click on the attached link.

*U.S. Customs and Border Protection is the unified border agency within the Department of Homeland Security charged with the management, control and protection of our nation's borders at and between the official ports of entry. CBP is charged with keeping terrorists and terrorist weapons out of the country while enforcing hundreds of U.S. laws.*

Tags: Border Security, Archive Media Releases

**Last Modified:** May 24, 2022

Click 'Share This Page' button to display social media links.

✈ Share This Page.

CBP Public Affairs
Contact Information for Media:
Phone: (202) 344-1780
Email:
CBPMEDIARELATIONS@cbp.dhs.gov
All Other Inquiries:  (202) 325-8000

Return to top

Travel   Trade   Border Security   Newsroom   About CBP   Careers   Employee Resources



**U.S. Customs and Border Protection**

      

Contact CBP

CBP.gov
An official website of the U.S. Department of Homeland Security

Accessibility      FOIA           No FEAR Act      The White House
Accountability     Forms          Privacy          USA.gov
DHS Components     Inspector General   Site Policies





National Terrorism Advisory System

**NTAS**
NATIONAL TERRORISM ADVISORY SYSTEM
**BULLETIN**
READ MORE
Put this widget on your web page

 DMT BEN

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2022529600058101 GP Group 2

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2022529600058101 | 2. Incident No. 2022SZ0054551 | | | |
|---|---|---|---|---|
| 3. Investigative Case No. | 4. EID Event Number | | | |
| 5. Prior Detention? Yes ☑ No ☐ If yes, DHS 6051D No. 2941693 | 6. Date Seized (mm/dd/yyyy) 03/11/2022 | 7. Time Seized (Use 24 Hrs) 09:09 | | 8. FDIN/Misc. 2022590255 |

| 9. Seized From: Name: COURTNEY, TINA KAT | 10. Entry No. | 11. Seal or Other ID Nos. L2960935 |
|---|---|---|
| Address: 1801 WEWATTA STREET, 11TH FLOOR DENVER, CO, 80202, US Telephone No. | 12. Remarks: H# 6590172595  CO PENDING | |

| 13. Send Correspondence to: U.S. CBP / ATTN:FPFO, 6601 NW 25TH STREET, STE 203, MIAMI, FL, 331220000, TEL. No. 3058692870 |
|---|

| 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance | | | | | | |
|---|---|---|---|---|---|---|
| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty | UM | e. Est. Dom. Value |
| 0001 | N,N-DIMETHYLTRYPTAMINE(DMT) | 1 | BG | 2 | KG | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer LOPEZ, CRISTOBAL | X CM | 3/11/22 |
|---|---|---|
| Print Name | Signature | Date |

| 16. ACCEPTANCE / CHAIN OF CUSTODY | | | | |
|---|---|---|---|---|
| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
| 0001 | 1 SBG STB DMT | T. usPSC3P | CM. | 03.11.22 |
| 1 | 1 SLB STB DMT | V. Hadely 5969 | | 03.14.21 |
| 001 | 1 SBG STB DMT | B. Parkhill/SA/HSI | Brian Parkhill | 03/14/22 |
| 001 | 1 Bag | A. McVee/SA/HSI | | 03/15/2022 |
| 001 | 1 BAG | R. ( osar/DE5/DEN.?) | | 3-15-2022 |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original



EXHIBIT A - PAGE 11

DHS Form 6051S(08/09)

6L

U.S DEPARTMENT OF HOMELAND SECURITY

No. 2022529600058101 GP Group 1

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2022529600058101 | 2. Incident No. 2022SZ0054551 | | |
|---|---|---|---|
| 3. Investigative Case No. | 4. EID Event Number | | |
| 5. Prior Detention? Yes ☑ No ☐ If yes, DHS 6051D No. 2941693 | 6. Date Seized (mm/dd/yyyy) 03/11/2022 | 7. Time Seized (Use 24 Hrs) 09:09 | 8. FDIN/Misc. |
| 9. Seized From: Name: COURTNEY, TINA KAT | 10. Entry No. | 11. Seal or Other ID Nos. L2960936 | |
| Address: 1801 WEWATTA STREET, 11TH FLOOR DENVER, CO, 80202, US Telephone No. | 12. Remarks: H# 659 017 2595    CD PENDING | | |

13. Send Correspondence to:
U.S. CBP / ATTN:FPFO, 6601 NW 25TH STREET, STE 203, MIAMI, FL, 331220000, TEL. No. 3058692870

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 0002 | SHIPPING BOX (EVIDENCE) | 1 | BG | 1 | EA | $ 0 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer LOPEZ, CRISTOBAL | X | 3/11/22 |
|---|---|---|
| Print Name | Signature | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title /Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 2 | 1 SBG STC evidence | F. Bancosmc CBPO/CBP | | 3/11/2022 |
| 2 | 1 SBG STB Evd | T. Cusps CBP | | 3/11/22 |
| 2 | 1SBGSTC Evid | V Halley SP&O | | 03/14/22 |
| 002 | 1 SBG STC EVD | B. Parkhill/SA/HSI | B. Parkhill/SA/HSI | 03/14/22 |
| 002 | 1 Bag | AMcKee/SA/HSI | | 3/15/2022 |
| 002 | 1 BAG | R. Goez/DEI/Denver PD | | 3-15-22 |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS Retains Original



DHS Form 6051S(08/09)

DISCOVERY PAGE 291

County/District Court        THE PEOPLE OF THE STATE OF COLORADO
City and County of Denver, Colorado

**Offense Case No. 2022-5000846**



# AFFIDAVIT AND APPLICATION FOR ARREST WARRANT AND THE ARREST WARRANT FOR THE PERSON(S) OF:

Tina Marie Courtney; Date of Birth 5-31-1975, SSN: 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; for the charges:

§ 18-18-405(1),(2)(a)(I)(A) – Conspiracy to distribute a controlled substance; to wit, dimethyltryptamine; a level 1 drug felony

§18-18-405(1),(2)(a)(I)(A);18-2-101 – Criminal attempt to possess with the intent to distribute a controlled substance; a level 2 drug felony



I, Detective Robert Foster #13065, the Affiant, state under oath that the facts known to the Affiant which establish probable cause to believe that a criminal offense was committed, and that the offense was committed by the above-named person(s), are the following (Note: Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for an arrest warrant, it does not set forth each and every fact that Your Affiant or others have learned during the course of this investigation):

## Source of Activity:

On 3-4-2022 a package shipped by DHL was intercepted by Customs and Border Protection (CBP) in Miami, Florida. The package, which originated from Brazil, was shipped to "Tina Kat Courtney" of 1801 Wewatta Street 11th Floor in the City and County of Denver and the State of Colorado. This location was later found to be the "Serendipity Labs" co-working space. Within the package were two liquid containers labeled as furniture polish. The substance inside was a dark colored viscous syrup. CBP conducted a routine examination of the substance which tested presumptive positive for the presence of dimethyltryptamine (DMT); a hallucinogen and a Schedule I controlled substance in the State of Colorado.

CBP transferred the package and its contents to Homeland Security Investigations (HSI) in Denver, Colorado who ultimately transferred the items and primary investigative authority to Your Affiant. Your Affiant is a duly sworn and appointed detective with the Denver Police Department currently assigned to the District Six Narcotics Investigations Unit. Your Affiant's primary responsibilities include investigating violations of criminal laws related to the unlawful distribution of a controlled substances. Your Affiant has prior training and experience with criminal investigations involving the unlawful possession, processing/manufacturing, and distribution of DMT and Ayahuasca[1]. Your Affiant found that the liquid DMT substance had an appearance consistent with that of Ayahuasca.

---

[1] A hallucinogenic beverage which contains DMT.

The Denver Criminal Laboratory tested the dark syrup substance and found that it tested presumptive positive for DMT with a net weight of 1,795.4 grams.

**Investigation:**

Your Affiant accessed a law enforcement open records database and found that the telephone number on the shipping label – 323-251-2612 – is a Verizon Wireless line registered to Tina Courtney of 2130 Eliot Street. This location is also within the City and County of Denver and the State of Colorado. Your Affiant queried this name through the Colorado Department of Motor Vehicles (DMV) database and found one such person: Tina Marie Courtney (Date of Birth 5-31-1975); herein referred to as "Courtney."

Your Affiant perused a variety of online open-source platforms including social media accounts and organizations owned and/or operated by Courtney. In reviewing these sources of information, Your Affiant found that Courtney is a proponent of the use of Ayahuasca and other hallucinogenic controlled substances. Your Affiant further learned that Courtney was organizing an upcoming trip to Mexico, for financial gain, during which she and her associates would be administering Ayahuasca to "up to 29" participants.

An undercover controlled delivery operation was planned on 3-17-2022. During this operation Your Affiant requested that DHL update the package's tracking information to reflect that it was "out for delivery." The operation was ultimately cancelled. Your Affiant obtained a search warrant for records related to any involvement between Courtney and Serendipity Labs. On 3-18-2022 Your Affiant served the search warrant to Serendipity Labs and learned that Courtney had a dedicated office space at the location which had recently been cancelled. Your Affiant also learned that less than one hour after DHL tracking information was updated, Courtney sent an e-mail to Serendipity Labs indicating that she was expecting one last package at the co-working space. On 3-28-2022 this case was electronically presented to the Denver District Attorney's Office and tentatively accepted for prosecution.

Based on the above facts, Your Affiant respectfully requests issuance of this arrest warrant:

I affirm this information to be true and correct

DET. ROBERT FOSTER
Signature of Affiant

Subscribed under oath before me on

3/29/2022         0912
Date                        Time

Judge or Notary Public

ANTHONY RAY FOSTER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 201940010162
MY COMMISSION EXPIRES MARCH 15, 2023

My commission expires: 3-15-2023

## ARREST WARRANT

To all Sheriffs, Peace Officers and Police Officers with the said State:

You are hereby commanded to take the person of the defendant and bring him without unnecessary delay before a Judge of the County Court to be dealt with according to law.

Bail fixed at     $     __At first appearance__

_____
Signature of Judge

Date            __March 29, 2022__           ____Hon. Tanya E. Wheeler_____
                                            Printed name of Judge

I HEREBY CERTIFY that I executed the above warrant on (date) _____ by taking _____

_____ (name of person arrested) into custody and placing said person in the_____ Jail for

safekeeping until further order of the court.

_____
Signature of Arresting Officer

EXHIBIT A - PAGE 15

## WAYNE COUNTY PROSECUTING ATTORNEY'S RECOMMENDATION

### ARRESTEE

████████████████████████████████████████████

### EVIDENCE

Evidence Tag:  210012951.001 - 6.3 GG of Suspected N-Dimethyltryptamine (DMT)
Evidence Tag:  210012951.002 - 1,447 GG of Suspected N-Dimethyltryptamine (DMT)
Evidence Tag:  210012951.003 - 6.2 GG of Unknown Pink Powder
Evidence Tag:  210012951.004 - 122.4 GG of Unknown Pink Powder
Evidence Tag:  210012951.005 - Brown Box w/ Green Tape & Labels
Evidence Tag:  210012951.006 - Space Grey iPhone 11
Evidence Tag:  210012951.007 - ████████████████████████████
Evidence Tag:  210012951.008 - Glass Jar w/ Suspected Mushrooms
Evidence Tag:  210012951.009 - 3 Containers w/ Unknown Powder, weighing 47.3 GG
Evidence Tag:  210012951.010 - White Box w/ 9 Containers of Unknown Powder
Evidence Tag:  210012951.011 - ████████████████████
Evidence Tag:  210012951.012 - U.S. Postal Receipt
Evidence Tag:  210012951.013 - ████████████████████████
Evidence Tag:  210012951.014 - 2 Scan Disks
Evidence Tag:  210012951.015 - Silver Apple Laptop
Evidence Tag:  210012951.016 - iPhone In Clear Case
Evidence Tag:  210012951.017 - iPad in Black Case
Evidence Tag:  210012951.018 - Tested N-Dimethyltryptamine (DMT) HSI Evidence Bags

### NARRATIVE

On March 18th, 2021 Cpl. Gajek of the Dearborn Narcotics Unit obtained an anticipatory residential search warrant for ████████████ in the city of Dearborn, county of Wayne, state of Michigan. The warrant was reviewed and approved by APA Anna Bickerstaff and signed by Judge Somers of the 19th District Court.

The search warrant was based on information received by Homeland Security Investigations (HSI) Miami International Airport that they received a mail parcel containing 1.4 kilograms of Dimethyltryptamine (DMT) and another unknown pink powdery substance labeled as "CamuCamu" that came through the United States Postal Service (USPS). The parcel arrived to Miami International Airport Inbound from Peru and had a final destination of ████████████ in the city of Dearborn. The parcel was addressed to ████████████████ The parcel was flagged for anomalies by Customs Border Patrol who sent the substances to their labs identifying one of the substances as DMT. HSI Miami forwarded the package to HSI Detroit who notified the Dearborn Narcotics Unit.

On March 17th, 2021 Cpl. Gajek met with HSI in Detroit and took custody of the package and the contents that were destined for ████████████ Cpl. Gajek transported the parcel and its contents to the Dearborn Narcotics Office. Cpl. Gajek removed the suspect drugs that included the DMT and the unknown pink powdery substance from the parcel package and secured these items in the locked narcotics vault.

| Cpl. Melissa Gajek | 543 | 82 / DE / DEARBORN | Reviewed & Approved By: Sgt. Russell Faith | 82 / DE / DEARBORN |
|---|---|---|---|---|
| Officer In Charge | Emp. No. | Dept/Precinct/Bureau | Commanding Officer | Dept/Precinct/Bureau |

# WAYNE COUNTY PROSECUTING ATTORNEY'S RECOMMENDATION

On March 19th, 2021 the Dearborn Narcotics Unit with the assistance from Dearborn Special Operations Unit, Dearborn Tac Team, HSI and USPS briefed to execute a controlled delivery and search warrant at ▇▇▇▇▇▇▇. A sample of the DMT and a sample of the pink powdery substance was placed into the original repackaged into the original parcel that was intended for ▇▇▇▇▇. A GPS tracker was also placed inside the package. Cpl. Baydoun conducted stationary surveillance at ▇▇▇▇▇▇ and Postal Inspector Rose, who was working in an undercover capacity, arrived to the address in a fully marked mail truck and marked postal uniform. PI Rose exited the mail truck with the package containing the suspected DMT and approached the residence. PI Rose knocked on the front door and rang the doorbell. A male answered the door and Inspector Rose was able to positively identify the male as ▇▇▇▇▇▇▇ who was the listed intended party the package was addressed to. Cpl. Baydoun, who was in a stationary positive was also able to positively identify the male at the door as ▇▇▇▇▇▇. PI Rose confirmed ▇▇▇▇▇▇▇ received and took the package inside the residence which was also confirmed via the tracker.

Approximately an hour after the package was delivered, Cpl. Baydoun observed ▇▇▇▇▇▇▇ back out of the driveway in a white Honda Accord MI Plate EAJ0062 and drove away from the area. ▇▇▇▇▇▇ was gone for approximately 45 minutes before returning back to the residence. The GPS revealed the parcel never left the residence from the time it was delivered and brought inside the residence.

After approximately a half hour of ▇▇▇▇▇▇▇ returning back to the residence, members of the Dearborn Narcotics Unit, Special Operations Unit, Dearborn Tac Team and HSI executed the search warrant. Cpl. Baydoun maintained stationary surveillance. Members of the entry team comprised of Sgt. Faith, Sgt. Urbiel, Cpl. Donaldson, Cpl. Willmuth, Cpl. Meier, Cpl. Greb, approached 1101 Linden. Cpl. Gibson, Cpl. McCollum, Cpl. Hornyak, Cpl. Gajek and Task Force Officer Easley provided perimeter support. Sgt. Faith knocked several times loudly and Cpl. Donaldson announced police search warrant. Cpl. Gibson advised that the back door was opened and then advised it was slammed shut. After there was no answer at the front door after several loud knock and announcements, Cpl. Greb utilized the ram and entry was made. Officers secured the residence and detained ▇▇▇▇▇▇▇.

Once the residence was secured a systemic search of the residence was conducted and located the following:

Kitchen: Sgt. J. Urbiel and Cpl. Baydoun conducted a search of the kitchen of ▇▇▇▇▇▇, Cpl. Baydoun located a coat on the stairwell wall that he observed ▇▇▇▇▇▇ wearing while driving prior to the execution of the search warrant. Inside the left coat pocket, Cpl. Baydoun located a wallet belonging to ▇▇▇▇▇ (.007). The wallet contained ▇▇▇▇▇▇ Michigan Driver's License In it, along with other miscellaneous cards and receipts. Inside the right coat pocket, Cpl. Baydoun located a grey iPhone 11 Phone (.006) with a black protective case was found.

Basement: Sgt. R. Faith, and Cpl.'s M. Greb, N. Hornyak, and K. McCollum conducted a search of the basement at ▇▇▇▇▇▇ Sgt. Faith and Cpl. McCollum located the delivered package (.005) in the television cabinet. The package contained a sample of the DMT (.001) as well a sample of an unknown pink powder (.003). Near the same package in the television cabinet, a glass jar containing suspected Psilocybin (.008) was found by Sgt. Faith and Cpl. McCollum. In a file cabinet, three containers with an unknown greyish substance (.009) were found in the lower drawer by Cpl.'s Greb

| Cpl. Melissa Gajek | 543 | 82 / DE / DEARBORN | Reviewed & Approved By: Sgt. Russell Faith | 82 / DE / DEARBORN |
| Officer in Charge | Emp. No. | Dept/Precinct/Bureau | Commanding Officer | Dept/Precinct/Bureau |

## WAYNE COUNTY PROSECUTING ATTORNEY'S RECOMMENDATION

and McCollum. In the same file cabinet, Cpl.'s Greb and McCollum found a white box containing nine more containers with an unknown greyish substance (.010). Also found in the file cabinet in the lower drawer, Cpl.'s Greb and McCollum found two Scan Disks (.014). Cpl.'s Greb and McCollum also found paperwork belonging to ▆▆▆▆▆▆▆ (.011) in the lower drawer file cabinet. Sgt. Faith and Cpl. McCollum located a USPS Receipt (.012) in a desk drawer by the stairwell. On the same desk, paperwork for ▆▆▆▆▆ .013) was found by Cpl. Greb. A Silver Apple Laptop (.015) was located on top of the desk next to the TV Cabinet by Sgt. Faith and Cpl. McCollum.

Main Floor Southeast Bedroom: Cpl.'s Donaldson and Willmuth conducted a search of the main floor southeast bedroom. Cpl.'s Donaldson and Willmuth located an iPhone in a clear protective case (.016) in the bedroom dresser. They also found an iPad in a black protective case (.017) on the bedroom nightstand.

Cpl. Baydoun took custody of all evidence and transported same to the Dearborn Narcotics Vault. Cpl. Baydoun utilized TruNarc and Nik Preliminary Testing to attempt to identify all suspected seized narcotics with inconclusive results. Cpl. Baydoun tagged, logged, and secured all evidence in the Dearborn Narcotics Vault.

During the course of the search warrant, Evidence Technician Cpl. Zachary was on scene to process and photograph as evidence was located. Cpl. Zachary first photographed the exterior of the home from all four sides. A vehicle was parked in the driveway of the home. Cpl. Zachary took pictures of the vehicle from all four sides including the license plate and VIN. Cpl. Zachary entered the home and responded to the basement. Cpl. Zachary took overall pictures of the basement detailing several items that were pointed out by the narcotics officers. Cpl. Zachary responded to the southeast bedroom which belongs to the suspect. Cpl. Zachary took overall pictures of the room detailing a cell phone and tablet. All photographed items were collected by the narcotics officers. The listed SD Card contained the photographs was sealed in an envelope, marked and submitted to the crime lab.

▆▆▆▆▆▆▆ was subsequently arrested for possession with intent to deliver narcotics and transported to the Dearborn Jail. His property ($0 Cash) was secured in property locker #36. ▆▆▆▆▆▆▆ was turned over to booking officers for further booking procedures who placed him in cell #36.

## INTERVIEW OF ▆▆▆▆▆

On March 19th, 2021 at approximately 15:35 hours, Cpl. Gajek and PI Rose conducted an in-custody interview of ▆▆▆▆▆▆▆ in the Dearborn Police Department Interview room. ▆▆▆▆▆▆▆ was provided a copy of the Constitutional Rights Certificate form by Cpl. Gajek. ▆▆▆▆▆▆▆ read the form aloud and acknowledged he understood his rights. ▆▆▆▆▆ was asked if he had any questions regarding the form. ▆▆▆▆▆▆▆ then freely, knowingly and voluntarily gave the following verbal statement to Cpl. Gajek and PI Rose.

▆▆▆▆▆▆▆ stated that he has been living at ▆▆▆▆▆ for the last year after living in Argentina for several years. ▆▆▆▆▆▆ stated that his brother was taking care of their elderly mother at ▆▆▆▆▆ but eventually moved to Maryland. ▆▆▆▆▆▆ stated he felt it was best that he and his wife move from Argentina to ▆▆▆ because of Covid and to take care of his mother.

| | | | Reviewed & Approved By: | | |
|---|---|---|---|---|---|
| Cpl. Melissa Gajek | 543 | 82 / DE / DEARBORN | | Sgt. Russell Faith | 82 / DE / DEARBORN |
| Officer In Charge | Emp. No. | Dept/Precinct/Bureau | | Commanding Officer | Dept/Precinct/Bureau |

## WAYNE COUNTY PROSECUTING ATTORNEY'S RECOMMENDATION

When asked about the events today, ███████████ stated that he answered the door and a mailman delivered a package. ███████████ stated that he accepted the package and took it from the mailman and brought it inside the residence. When asked about the contents of the package, ███████████ stated that the package he ordered was CAMUCAMU that he described as a plant medicine that comes from and is grown in Peru. ███████████ stated the package was ordered from Peru. When asked what is CAMUCAMU used for, ███████████ stated is used to fortify the body and is good for the immune system.

When asked about knowing why police arrived at his residence, ███████████ stated an officer mentioned DMT. When asked if he was aware what DMT was, ███████████ stated yes he knew of it and described it as a mind-expanding drug. When asked if he ever used it before, ███████████ stated that he has never used straight DMT but has used Ayahuasca in Peru where it is legal. ███████████ stated Ayahuasca has DMT in it and he has used it in a drink form while staying in Peru.

When asked about how he order the package containing CAMUCAMU, ███████████ stated he ordered it online and it was the first time he has ordered online from another country. ███████████ stated he couldn't remember the website but he has searched it online. When asked if he paid by credit card he stated yes and further stated that he received an email confirmation and tracking number that he checked regularly. ███████████ stated he learned of CAMUCAMU from his time spent in Peru and that is the only time he has used it. Cpl. Gajek and PI Rose concluded the interview and ███████████ was returned to his cell.

Due to the preliminary field tests were inconclusive, ███████████ was released pending and the recovered suspected narcotics were submitted to the MSP lab for analysis.

On April 23rd, 2021 MSP laboratory report was returned. The MSP analysis revealed that the substance listed in tag #.001 was identified as Dimethyltryptamine with a total weight of 4.39 grams. The analysis revealed that the substance listed in tag #.002 was identified as Dimethyltryptamine with a total weight of 1292.0 grams. The analysis revealed that the substance listed in tag #.005 was Psilocyn and/or Psilocybin and had a total weight of 3.25 grams. The analysis revealed that the substances listed in tag #'s .003, .004, .006 and .007 were not controlled substances.

A CCH of ███████████ revealed no prior drug history.

| Cpl. Melissa Gajek | 543 | 82 / DE / DEARBORN | Reviewed & Approved By: Sgt. Russell Faith | 82 / DE / DEARBORN |
| Officer in Charge | Emp. No. | Dept/Precinct/Bureau | Commanding Officer | Dept/Precinct/Bureau |

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT COURT<br>CRIMINAL DIVISION | SETTLEMENT OFFER<br>ADVICE OF RIGHTS<br>NOTICE OF ACCEPTANCE | CASE NO. 22-000065-01-FH<br>CTN 21-712877-01 |

**THE PEOPLE OF THE STATE
OF MICHIGAN**   V.

Defendant's Name

### PEOPLE'S SETTLEMENT OFFER

☐ No Charge Reduction      ☑ Charge Reduction

You will plead to the following charge(s):

| Count | Charge(s) | PACC | Attempt 750.92 | Statutory Maximum Penalty |
|---|---|---|---|---|
| 1 | Possession CNSB SCHD 123 or 4 | 333.74032B-A | | 2 years |
| | (Dimethyltryptamine) | | | |
| | | | | |
| | | | | |

☑ The People agree to: ☑ dismiss Ct. 2: Att. PWID CNSB Schd. 1,2,3 or 4  ☐ withdraw notice to enhance sentence _____

☐ No sentence agreement        ☑ Sentence agreement          ☐ Sentence recommendation

☐ Agreement for a sentence within the guidelines range calculated at sentencing.

Terms and conditions:
No Objection to a probationary sentence under .7411

Prosecuting Attorney: APA John L Casey _____  P 56162 _____  Date: 03/01/2022

☐ **Court's** *Cobbs* evaluation (not part of the People's offer): _____

_____

_____

### ADVICE OF RIGHTS and NOTICE OF ACCEPTANCE

(1)  If your plea is accepted, you will not have a trial of any kind, and so give up the rights you would have at a trial, including the right to:

    (a)   be tried by a jury

    (b)   be presumed innocent until proven guilty

    (c)   have the prosecutor prove beyond a reasonable doubt that you are guilty

    (d)   have the witnesses against you appear at the trial

    (e)   question the witnesses against you

    (f)   have the court order any witnesses you have for the defense to appear at the trial

    (g)   remain silent during the trial

    (h)   not have that silence used against you, and

    (i)   testify at the trial if you want to testify.

(2)  If your plea is accepted, you will be giving up any claim that the plea was the result of promises or threats that were not disclosed to the court at the plea proceeding, or that it was not your own choice to enter the plea.

(3)  If your plea is accepted, **you may be giving up the right to appeal issues that would otherwise be appealable if you were convicted at a trial,** and any appeal from your conviction and sentence will be by application for leave to appeal and not by right.

(4)  *If you are NOT a U.S. citizen,* has your attorney informed you that your plea subjects you to immigration consequences, including deportation?
    ☐ Yes, my attorney has advised me that my plea subjects me to immigration consequences, including deportation.

Defense Attorney: _____  P 36875 _____  Date: 3/2/22

Defendant: _____  Date: 3/2/22

(Rev. 6/19)  Distribution:  White— Court File        Yellow— Prosecutor        Pink— Defense Attorney        Pink— Defense Attorney

**EXHIBIT A - PAGE 20**

An official website of the United States government  Here's how you know ⌄

**U.S. Customs and Border Protection**

Travel ⌄   Trade ⌄   Border Security ⌄   Newsroom ⌄   About CBP ⌄   Careers ⌄   Employee Resources ⌄

**Archived Content**

In an effort to keep CBP.gov current, the archive contains content from a previous administration or is otherwise outdated.

Home » Newsroom » Local Media Release »  60 Pounds of Dimethyltryptamine Seized by CBP Officers

**Newsroom**

Accountability and Transparency

Legal Notices

Advisories

Media Releases

Photo Gallery

Video Gallery

Press Officers

Publications

Social Media Directory

Speeches/Statements

Spotlights

Stats and Summaries

COVID-19

# 60 Pounds of Dimethyltryptamine Seized by CBP Officers

**Release Date:** Tue, 06/23/2020 - 12:00

**LOUISVILLE, Ky—**U.S. Customs and Border Protection (CBP) officers in Louisville intercepted almost 60 pounds of Dimethyltryptamine (DMT) at the Express Consignment Operations hub on June 23.

CBP officers inspected the parcel based on their



knowledge and experience of the shipper and receiver. The shipment was coming from Brazil and heading to an art and crafts business in the Netherlands. Upon inspection, multiple bags containing reddish-brown material was discovered. Based on prior lab reports, seizures, shipper, and similarities in the material and labeling, the substance was identified as DMT, a schedule I controlled substance.

"Our officers are committed to keeping our country and communities safe from illegal and dangerous drugs," said Thomas Mahn, Port Director, Louisville. "I commend our officers for the work they do every day to make the world a safer place."

According to a DEA document, DMT is used for its psychoactive effects. The intense effects and short duration of action are attractive to individuals who want the psychedelic experience but do not choose to experience the mind altering perceptions over an extended period of time as occurs with other hallucinogens, like LSD. The history of human experience with DMT probably goes back several hundred years since DMT usage is associated with a number of religious practices and rituals. As a naturally occurring substance in many species of plants, DMT is present in a number of South American snuffs and brewed concoctions. In addition, DMT can be produced synthetically. Like other hallucinogens, Internet sales and distribution have served as the source of drug supply in this country. According to the National Forensic Laboratory Information. DMT is generally smoked or consumed orally in brews.

CBP conducts operations at ports of entry throughout the United States, and regularly screens arriving international passengers and cargo for narcotics, weapons, and other restricted or prohibited products. CBP strives to serve as the premier law enforcement agency enhancing the Nation's safety, security, and prosperity through collaboration, innovation, and integration.

*U.S. Customs and Border Protection is the unified border agency within the Department of Homeland Security charged with the management, control and protection of our nation's borders at and between official ports of entry. CBP is charged with securing the borders of the United States while enforcing hundreds of laws and facilitating lawful trade and travel.*

**Tags:** Port Security, Search and Seizure, Archive Media Releases

**Last Modified:** February 3, 2021

Click 'Share This Page' button to display social media links.

✈ Share This Page.

**CBP Public Affairs**
**Contact Information for Media:**
Phone: (202) 344-1780
Email:
**CBPMEDIARELATIONS@cbp.dhs.gov**
All Other Inquiries:  (202) 325-8000

Return to top

Travel   Trade   Border Security   Newsroom   About CBP   Careers   Employee Resources



     

Contact CBP

Accessibility       FOIA          No FEAR Act      The White House
Accountability      Forms                          USA.gov
DHS Components      Inspector General  Site Policies

National Terrorism Advisory System

NTAS

BULLETIN
READ MORE
Put this widget on your web page

An official website of the United States government   Here's how you know ▼

U.S. Customs and
Border Protection

Travel ∨   Trade ∨   Border Security ∨   Newsroom ∨   About CBP ∨   Careers ∨   Employee Resources ∨

Home »  Newsroom »  Local Media Release »  Memphis Seizes 6 Kilos of DMT en route to Arkansas

## Newsroom

Accountability and
Transparency

Legal Notices

Advisories

Media Releases

Photo Gallery

Video Gallery

Press Officers

Publications

Social Media Directory

Speeches/Statements

Spotlights

Stats and Summaries

COVID-19

# Memphis Seizes 6 Kilos of DMT en route to Arkansas

Release Date: Mon, 07/26/2021 - 12:00

On Wednesday, June 9, U.S. Customs and Border Protection (CBP) Officers at an express consignment hub in Memphis, Tennessee examined a package described in the paperwork by the shipper as "PLANT SUBSTRACT PREMIUM GRADE HORTI CULT." The shipment was sent from Mexico City to a residence in rural northeast Arkansas.

When the shipment arrived at the CBP exam area, it was opened and found to contain three silver bags of an unknown brown/tan plant. The shipment was tested on site by the Savannah lab and identified as N-Dimethyltryptamine (DMT).

The total weight was 6.1 kilos.

DMT can be used by researchers under a schedule I research registration that requires approval from both DEA and the Food and Drug Administration. However, this shipment was most likely meant for illicit use. According to the **DEA**, "The intense effects and short duration of action are attractive to individuals who want the psychedelic experience but do not choose to experience the mind altering perceptions over an extended period of time as occurs with other hallucinogens, like LSD. DMT is generally smoked or consumed orally in brews like Ayahuasca."

The shipment was turned over to Homeland Security Investigations who followed it to its intended destination, making three arrests along with seizing various other drugs.

This seizure took place within the Area Port of Memphis, which covers ports of entry throughout the state of Tennessee and falls under CBP's New Orleans Field Office. This Field Office includes all ports in Louisiana, Mississippi, Alabama, Arkansas and Tennessee.

Follow CBP on Twitter @CBPGulfCoast

*U.S. Customs and Border Protection is the unified border agency within the Department of Homeland Security charged with the management, control and protection of our nation's borders at and between official ports of entry. CBP is charged with securing the borders of the United States while enforcing hundreds of laws and facilitating lawful trade and travel.*

**Tags:** **Drug Trafficking**

**Last Modified:** July 26, 2021

Click 'Share This Page' button to display social media links.

✈ Share This Page.

**CBP Public Affairs**
**Contact Information for Media:**
Phone: (202) 344-1780
Email:
**CBPMEDIARELATIONS@cbp.dhs.gov**
All Other Inquiries:  (202) 325-8000

Return to top

Travel   Trade   Border Security   Newsroom   About CBP   Careers   Employee Resources


U.S. Customs and Border Protection

      

Contact CBP


CBP.gov
An official website of the U.S. Department of Homeland Security

Accessibility   FOIA   No FEAR Act   The White House
Accountability   Forms   Privacy   USA.gov
DHS Components   Inspector General   Site Policies


National Terrorism Advisory System
NTAS
NATIONAL TERRORISM ADVISORY SYSTEM
BULLETIN
READ MORE
Put this widget on your web page

EXHIBIT 1, PAGE 08

**ARREST REPORT**

| BKG. BOOKING #. | U.O. | LOC. BKD. | DR. LIC. NO. | STATE | MT | UCR CODE CC: |
|---|---|---|---|---|---|---|
| 6235672 | 4214 | | D0029877 | AZ | Y | |

ARRESTEE'S LAST NAME: **VILLANUEVA**   FIRST: **CLAY**   MIDDLE: **ANTHONY**

ADDRESS: **1134 W GLENROSA**   APT NO.

CITY: **PHOENIX**   STATE: **AZ**

| SEX | DESCENT | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE | AGE |
|---|---|---|---|---|---|---|---|
| M | W | BRO | GRN | 510 | 145 | 051261 | 60 |

VEHICLE LIC. NO.: **1494**   STATE   R.D.   AKA: LAST-FIRST-OR NICKNAME

BIRTHPLACE: **CHARLESTON WV KANAWHA US**

PROB. INV. UNIT: **48**   JUV. DETAINED AT   AD. CHG.: **N**

| DIVISION | DETAIL ARRESTING | DATE ARRESTED | TIME ARR. | TIME BKD. |
|---|---|---|---|---|
| 1943 | LAX | 082221 | 2033 | 0053 |

LOCATION OF ARREST: **380  WORLD WAY**   BAIL: **NO BAIL**   TOTAL BAIL: **NO BAIL**

| TYP. | CHARGE & CODE | DEFINITION | WARRANT NO. ☆ |
|---|---|---|---|
| F | 1551.1PC | FUGITIVE/AZ/DRUG | |

ADDITIONAL CHARGES (ON ADDL. WARRS. LIST NO., COURT, AND BAIL, INCL. P.A.)

ARRAIGN. DATE   TIME   COURT   LOCATION CRIME COMMITTED: **SAA**   R.D.   RESIDENCE PHONE NO.: **SAME  4806401863**

EMPLOYER / SCHOOL: **SELF EMPLOYED**

OCCUPATION: **IT**   GRADE   PHY. ODD.: **N/V**

CLOTHING WORN: **BLUSHRT,GRYPNTS,BROSHS**   EXACT LOCATION / DISPOSITION ARRESTEE'S VEHICLE   HOLD FOR:

LIST CONNECTING RPTS, BY TYPE & IDENTIFYING NOS.: **EBCO**   VEHICLE USED (YEAR, MAKE, MODEL, TYPE, COLORS, LIC. NO., ID MARKS): **PED**   PASSENGERS

COMPLAINTS / EVID. OF ILLNESS / INJ-BY WHOM TREATED: **CANCER**   DRIVING VEH. (DIRECTIONS & NAME OF STREET) AT OR BETWEEN STREETS   RETAINED: **$ 10,029.20**   CASH: **$ 1∅**   DEPOSITED

UCR CODE CC:

DR   LA
J   CII
MAIN   FBI
CDC #   PROBATION #

VICTIM'S NAME

ADMONITION OF RIGHTS AUTH. EVID, BKG. TO:

**ADMONITION OF RIGHTS** (WHEN APPLICABLE)

THE ADMONITION OF RIGHTS WAS READ VERBATIM PER FORM 15.03.00 BY:

PAGE # 2

NAME: **MASSIE**   SERIAL NO.: **19161**

SOCIAL SECURITY NO.

**INVOLVED PERSONS**   Code:  V: VICTIM  W: WITNESS  P/A: ARRESTING PRIVATE PERS.  TO: TRUE OWNER  R: PERSON RPTG.  459: S - PERSON SECURING  D - PERSON DISCOVERING   JUV: P - BOTH PARENTS  G - GUARDIAN

| | NAME | V & W/S | SEX | DESC. | D.O.B. | ADDRESS | CITY | ZIP | PHONE | DAY | X |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R | SOTTOW, HEATHER | | F | BLK | 9/25/73 | 380 WORLDWAY | LA CA | 90045 | 310-665-4514 | | X |

E-MAIL: **HEATHER.SOTTOW@.CBP.DHS.GOV**

**COMBINED CRIME REPORT**   IF MULTI ARRESTEES THIS SECTION & ABOVE CRIME RPT. CHECK BOX IS COMPLETED ON ONLY ONE FACE SHEET.   TYPE OF OFFENSE   VICT'S OCCUPATION

DATE AND TIME CRIME OCCURRED   TYPE PROPERTY   TOTAL $   EST. DAMAGE $   TYPE PREMISES

459 / BFD ONLY-POINT AND METHOD OF ENTRY   WEAPON / FORCE / INSTRUMENT USED   TFV / BFV ONLY - VICT'S VEH. (YR., MAKE, TYPE, LIC.)

MO (UNIQUE ACTIONS)

☐ GANG RELATED   ☐ MOTIVATED BY HATRED / PREJUDICE   ☐ DOMESTIC VIOLENCE   ☐ MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM

**COMBINED EVID. RPT.**   USE THIS SECTION IN LIEU OF PROPERTY REPORT IF ONLY ONE ARRESTEE, NO GUN, AND NO MORE THAN 2 ITEMS OF EVID.   LOC. EVID. BKD.   10.10.00 GIVEN? Y N   SUPV. / INV. OFCR. TESTING   SERIAL NO.   WITNESS OFCR.   SERIAL NO.

Preliminary Drug Test

| ITEM | QUAN. | ARTICLE | SERIAL NO. / TYPE TEST OF DRUG | BRAND / DRUG WEIGHT UNITS | MODEL NO. / DRUG TEST RESULTS | MISC. |
|---|---|---|---|---|---|---|

**APPROVAL / REPORTING OFFICERS**   SUPERVISOR APPROVING REPORT   SERIAL NO.: **3/2/3**   RAP SHEET ATTACHED ☐ YES ☐ NO   REPORTING OFFICER(S): **BESCACHO, R**   SERIAL NO.: **18150**   DIV. & DETAIL: **LAPD 2R97**   VACATION: **10/11-2021**

DATE & TIME REPRODUCED   DIV.   CLERK   (P.P./ARREST OFCR. BKG. EVID. IF LISTED ON THIS PAGE)   **M. MASSIE, C**   **19164**   **LAXPD 2F93**   PAST

**JUVENILE DISPO.**   Petition Request:   ☐ DETAINED   ☐ RELEASED   ☐ NON-BOOK   ☐ NON-BOOK WARR.   INVEST. OFCR.   SERIAL NO.   DIV.

FINAL CHARGE, IF DIFFERENT THAN ORIGINAL (SECTION, CODE & DEFINITION)   IF REFERRED, AGENCY & PERSON ACCEPTING REFERRAL   PROPERTY BOOKED? Y N   IF YES, 10.00.00 COMPLETED? Y N   SUPERVISOR APPROVING   SERIAL NO.

JUV. COORD. REVIEWING   SERIAL NO.

| 11 ☐ C & R | 13 ☐ EXON-INNOCENT | 04 ☐ CYA | 16 ☐ JUV. TRAF. MISD. | 16 ☐ DCFS | DATE / TIME DISPO. REPROD. | DIV. / CLERK |
|---|---|---|---|---|---|---|
| 11 ☐ ACTION SUSP. | 12 ☐ REL-INSUF. EVID. | 03 ☐ PROBATION | 17 ☐ FIRE DEPT. | ☐ OTHER | | |
| 14 ☐ PROVED ADULT | 03 ☐ COMMUNITY SERVICE | 05 ☐ OTH. LAW ENF. AGENCY | 10 ☐ DEPT. MENTAL HEALTH | | | |

05.02.00 (01/15)

LAPD FN # 21-15-00-09

SHOTS FIRED   USE OF FORCE   GND   EXTRA COPY TO:

ARREST REPORT   LAPD INCH PD210822-0004890

EXHIBIT A - PAGE 23