BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

BRIGHAM J. BOWEN
Assistant Branch Director

GISELLE BARCIA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-1865
Fax: (202) 514-8640
E-mail: giselle.barcia@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| The Church of the Eagle and the Condor *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> Merrick Garland *et al.*, <br><br> Defendants. | Case No. 2:22-cv-01004-SRB <br><br> **UNOPPOSED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE** <br> **(Second Request)** |

Defendants through counsel and pursuant to Fed. R. Civ. P. 6(b) and LRCiv 7.3, seek an order extending the deadline to file an answer for 30 days, until May 3, 2023, or 30 days following any amended complaint by Plaintiffs, whichever is later. This is the second request for an extension by Defendants in this matter. Plaintiffs do not oppose this request.

Plaintiffs filed their Complaint on June 9, 2022 (Doc. 1) and served a copy of the Complaint and Summons on the United States Attorney's Office for the District of Arizona on August 19, 2022 via certified mail (Doc. 17). The Complaint sought declaratory and injunctive relief stemming from claims under the Religious Freedom Restoration Act of

1993 ("RFRA"), 42 U.S.C. § 2000bb-2000bb (4) and under the First, Fifth, and Ninth Amendments of the Constitution. The Complaint also asserted two claims under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 (a)(8)(A).

On November 15, 2022, Defendants moved to dismiss the RFRA and constitutional claims (Doc. 23). On March 20, 2023, the Court granted that motion in part, dismissing the constitutional claims (Doc. 26). The Court set a Rule 16 Case Management Conference for April 20, 2023, with the parties' Joint Case Management Report the previous week on April 13, 2023 (Doc. 27).

Under Federal Rule of Civil Procedure 12, Defendants' deadline to answer would be due on April 3, 2023. That deadline would come before the parties are able to meet and confer per Federal Rule of Civil Procedure 26(f) regarding the joint case management report. Undersigned has multiple preexisting summary judgment briefing deadlines in other matters over the next two weeks. In addition, Plaintiffs have suggested in correspondence that they may seek to amend the complaint, in which case, Defendants would answer the amended pleading instead.

Undersigned contacted Plaintiff's counsel, who does not object and will not oppose Defendants' request. Finally, the requested extension would not result in a significant delay and undersigned affirms it is not sought for any other improper purpose.

For all the foregoing reasons, Defendants request that the Court issue an order extending the answer deadline for the remaining claims for 30 days, up to and including May 3, 2023, or 30 days following any potential amended complaint by Plaintiff, whichever is later.

Respectfully submitted this 30th day of March, 2023.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

2

*/s/ Giselle Barcia*
GISELLE BARCIA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jack Silver
Law Office of Jack Silver
708 Gravenstein Hwy N, Ste. 407
Sebastopol, CA 95472-2808
Tel.: 707-528-8175
Fax: 707-829-0934
E-mail: lhm28843@sbcglobal.net
E-mail: jsilverenvironmental@gmail.com

Gilbert Paul Carrasco
Willamette University College of Law
19431 Sunray Lane, Ste. 102
Huntington Beach, CA 92648-6401
Tel.: 714-698-8142
E-mail: carrasco@willamette.edu

Ismail L Ali
1530 Campus Dr.
Berkeley, CA 94708
Tel.: 559-801-7317
E-mail: lourido.ali@gmail.com

Martha J Hartney
Hartney Law LLC
4450 Arapahoe Ave.
Boulder, CO 80303
Tel.: 303-747-3909
Fax: 303-835-7199
E-mail: martha@hartneylaw.com

Sean T McAllister
McAllister Law Office PC
4035 E 3rd Ave.
Denver, CO 80220
Tel.: 720-448-6235
E-mail: sean@mcallisterlawoffice.com

*s/ Giselle Barcia*
GISELLE BARCIA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice