1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| The Church of the Eagle and the Condor *et al.*, | Case No. 2:22-cv-01004-SRB |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | |
| Merrick Garland *et al.*, | |
| Defendants. | |

      Having reviewed Defendants' Unopposed Motion to Extend the Responsive Pleading Deadline, and good cause appearing,

      IT IS ORDERED granting the Motion and extending Defendants' deadline to file an Answer for 30 days, or 30 days following any potential amended complaint by Plaintiffs, whichever is later.