BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

GISELLE BARCIA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-1865
Fax: (202) 514-8640
E-mail: giselle.barcia@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| The Church of the Eagle and the Condor *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick Garland *et al.*,<br><br>Defendants. | Case No. 2:22-cv-01004-SRB<br><br>**UNOPPOSED MOTION TO APPEAR REMOTELY FOR RULE 16 CONFERENCE**<br>**(First Request)** |

Defendants through counsel respectfully request that this Court permit counsel for Defendants to appear remotely, either by teleconference or videoconference, at the Rule 16 Case Management Conference, which is currently scheduled for April 20, 2023. Dkt. No. 27. Plaintiffs do not oppose this request, and Plaintiffs intend to appear in person.

Counsel for Defendants understand and respect the Court scheduling an in-person hearing. Defendants make this request in light of the following unique circumstances. Giselle Barcia, the lead counsel for Defendants, resides in Washington, D.C. She has intimate knowledge of the allegations in the Complaint, the issues in the case, and the details of the parties' Joint Conference Report. To that end, she seeks to participate in the

Rule 16 Case Management Conference personally. However, she was involved in an accident that left her with a severe fibular fracture and shattered ankle, which required surgery in December 2022. She is undergoing a protracted recovery, including regular physical therapy, and continues to wear a full surgical boot. Cross-country air travel, from Washington to Phoenix, would be physically challenging. While Counsel appreciate the desirability of in-person attendance under ordinary circumstances, independent travel and the attendant physical tasks required would impose substantial strains and increased risks to her recovery.

Undersigned contacted Plaintiffs' counsel, who does not object and will not oppose Defendants' request. Finally, undersigned affirms the request is not sought for any other improper purpose.

For all the foregoing reasons, and in light of these unique circumstances, Defendants request that the Court grant Defendants permission to appear remotely, either by teleconference or videoconference, at the April 20, 2023 hearing.

Respectfully submitted this 13th day of April, 2023.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Giselle Barcia*
GISELLE BARCIA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jack Silver
Law Office of Jack Silver
708 Gravenstein Hwy N, Ste. 407
Sebastopol, CA 95472-2808
Tel.: 707-528-8175
Fax: 707-829-0934
E-mail: lhm28843@sbcglobal.net
E-mail: jsilverenvironmental@gmail.com

Gilbert Paul Carrasco
Willamette University College of Law
19431 Sunray Lane, Ste. 102
Huntington Beach, CA 92648-6401
Tel.: 714-698-8142
E-mail: carrasco@willamette.edu

Ismail L Ali
1530 Campus Dr.
Berkeley, CA 94708
Tel.: 559-801-7317
E-mail: lourido.ali@gmail.com

Martha J Hartney
Hartney Law LLC
4450 Arapahoe Ave.
Boulder, CO 80303
Tel.: 303-747-3909
Fax: 303-835-7199
E-mail: martha@hartneylaw.com

Sean T McAllister
McAllister Law Office PC
4035 E 3rd Ave.
Denver, CO 80220
Tel.: 720-448-6235
E-mail: sean@mcallisterlawoffice.com

*s/ Giselle Barcia*
GISELLE BARCIA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice