**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| The Church of the Eagle and the Condor *et al.*, | Case No. 2:22-cv-01004-SRB |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | |
| Merrick Garland *et al.*, | |
| Defendants. | |

Having reviewed Defendants' Unopposed Motion to Appear Remotely, and good cause appearing,

IT IS ORDERED granting Defendants' Motion to Appear Remotely.