# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| The Church of the Eagle and the Condor *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick Garland *et al.*,<br><br>Defendants. | Case No. 2:22-cv-01004-SRB<br><br>**ORDER** |

Having reviewed Defendants' Unopposed Motion to Appear Remotely, and good cause appearing,

IT IS ORDERED granting Defendants' Motion to Appear Remotely.  (Doc. 31) The Rule 16 Scheduling Conference set on April 20, 2023 at 11:30 a.m. will be conducted in person and/or via Zoom. Counsel shall advise the Court by email at bolton_chambers@azd.uscourts.gov no later than **12:00 p.m., April 18, 2023** if they will be appearing via Zoom or appearing in person. This Court's staff will provide counsel with the Zoom link for said hearing.

Dated this 14th day of April, 2023.

Susan R. Bolton
United States District Judge