Jack Silver, Esq. *pro hac vice*
Law Office of Jack Silver
California State Bar No. 60575
708 Gravenstein Hwy North, Suite 407
Sebastopol, CA 95472-2808
Tel: (707) 528-8175
Fax: (707) 829-0934
Email: JsilverEnvironmental@gmail.com

*Attorneys for Plaintiffs (lead)*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| The Church of the Eagle and the Condor, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Merrick Garland, *et al.*,<br><br>Defendants. | Case No. 2:22-cv-01004-PHX-SRB<br><br>**JOINT MOTION FOR ENTRY OF ORDER GOVERNING THE TAKING OF REMOTE DEPOSITIONS** |

  The Parties jointly move for entry of an order (filed together with this motion) governing the taking of remote depositions in the above captioned matter. Due to the physical location of the deponents, counsel and the court reporters, the taking of in-person depositions in this matter is infeasible. Additionally, due to the COVID-19 pandemic, the parties share a mutual desire to protect the health and safety of the deponents, the court reporters and counsel. Counsel for the parties agree that protocols governing the taking of depositions remotely, including the Platform to be used, the presenting of exhibits, and the financial burden of taking the deposition, will prevent unnecessary conflict during the depositions and between counsel. The parties therefore agree that

good cause exists for the depositions to be taken remotely.

The parties respectfully request that the Court issue the parties' Proposed Stipulated Order Governing the Taking of Remote Depositions accompanying this Motion.

Respectfully submitted this 3rd day of October, 2023.

By: *s/ Jack Silver*
JACK SILVER, *pro hac vice*
Cal. Bar No. 160575
Law Office of Jack Silver
708 Gravenstein Hwy No. # 407
Sebastopol, CA 95472-2808
Tel: (707) 528-8175
Fax: (707) 829-0934
Email: JsilverEnvironmental@gmail.com

By: *s/ Sean T. McAllister with permission*
Sean T. McAllister, Esq., *pro hac vice*
Colo. Bar No. 31350
Cal. Bar No. 310962
McAllister Law Office, P.C.
4035 E. 3rd Avenue
Denver, CO 80220
sean@mcallisterlawoffice.com
Tel: 720-448-6235

By: *s/ Martha J. Hartney with permission*
Martha J. Hartney, Esq., *pro hac vice*
Colo. Bar No. 42017
Hartney Law, LLC
4450 Arapahoe Avenue, Suite 100
Boulder, CO 80303
martha@hartneylaw.com
Tel: (303) 747-3909
Fax: (303) 835-7199

By: *s/ Gilbert Paul Carrasco with permission*
Gilbert Paul Carrasco, *pro hac vice*
Cal. Bar No. 90838
D.C. Bar No. 334722
Professor of Law
Willamette University College of Law
c/o 19431 Sunray Lane, Suite # 102

Huntington Beach, California 92648-6401
carrasco@willamette.edu
Tel: (714) 698-8142
Mobile: (503) 990-4879

By: *s/ Ismail Lourido Ali with permission*
Ismail Lourido Ali, Esq., *pro hac vice*
Cal. Bar No. 312660
1530 Campus Drive
Berkeley, CA 94708
lourido.ali@gmail.com
Tel: (559) 801-7317

*Counsel for Plaintiffs*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*s/Giselle Barcia with permission*
GISELLE BARCIA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-1865
Fax: (202) 616-8470
E-mail: giselle.barcia@usdoj.gov

*Counsel for Defendants*