**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| The Church of the Eagle and the Condor *et al.*,<br><br>  Plaintiffs,<br><br>   vs.<br><br>Merrick Garland *et al.*,<br><br>  Defendants. | **Case No. CV-22-1004-001-PHX-SRB**<br><br>**ORDER** |

Having considered the parties' Joint Motion to Extend the Discovery Schedule and accompanying Stipulation, and good cause appearing:

IT IS HEREBY ORDERED that the parties' joint motion is granted, and the deadlines in the Case Management Order (Dkt. No. 34) (Apr. 20, 2023) are amended as follows:

| Reference | Event | Current Deadline | Amended Deadline |
|---|---|---|---|
| Paragraph 4(a) | Deadline for written discovery requests | Oct. 31, 2023 | Dec. 30, 2023 |
| Paragraph 4 | Close of fact discovery | Dec. 15, 2023 | Feb. 13, 2024 |
| Paragraph 5(a) | Deadline to designate and disclose identity of | Jan. 12, 2024 | Mar. 12, 2024 |

|  |  |  |  |
|---|---|---|---|
|  | expert witnesses |  |  |
| Paragraph 5(b) | Deadline for full and complete expert disclosures | Feb. 16, 2024 | Apr. 16, 2024 |
| Paragraph 5(c) | Deadline for full rebuttal expert disclosures | Mar. 15, 2024 | May 14, 2024 |
| Paragraph 5(d) | Close of expert discovery | Apr. 19, 2024 | June 18, 2024 |
| Paragraph 7(a) | Dispositive motion deadline | May 24, 2024 | July 23, 2024 |

All other provisions of this Court's original Case Management Order shall remain in place.

Dated this 17th day of October, 2023.

_____
Susan R. Bolton
United States District Judge