# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| The Church of the Eagle and the Condor, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>Merrick Garland, *et al.*,<br><br>                    Defendants. | Case No. CV-22-01004-PHX-SRB<br><br>**ORDER** |

   The Court has considered the Joint Motion for Entry of Order Governing the Taking of Remote Depositions (Doc. 40).

   IT IS ORDERED denying as moot the Joint Motion for Entry of Order Governing the Taking of Remote Depositions in light of the Joint Motion to Extend Discovery Schedule (Doc. 41) reporting that the parties have agreed to a settlement and do not anticipate taking depositions.

       Dated this 19th day of October, 2023.

                                              _____
                                              Susan R. Bolton
                                              United States District Judge