**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| The Church of the Eagle and the Condor *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick Garland *et al.*,<br><br>Defendants. | **Case No. CV-22-01004-PHX-SRB**<br><br>**ORDER** |

Having considered the parties' Joint Motion To Extend the Discovery Schedule and accompanying Stipulation, and good cause appearing:

**IT IS HEREBY ORDERED** that the parties' joint motion is granted, and the deadlines in the Order amending the Case Management Order (Dkt. No. 42) (Oct. 17, 2023) are amended as follows:

| Reference | Event | Current Deadline | Amended Deadline |
|---|---|---|---|
| Paragraph 4(a) | Deadline for written discovery requests | Dec. 30, 2023 | Feb. 28, 2024 |

| | | | |
|---|---|---|---|
| Paragraph 4 | Close of fact discovery | Feb. 13, 2024 | Apr. 14, 2024 |
| Paragraph 5(a) | Deadline to designate and disclose identity of expert witnesses | Mar. 12, 2024 | May 12, 2024 |
| Paragraph 5(b) | Deadline for full and complete expert disclosures | Apr. 16, 2024 | June 16, 2024 |
| Paragraph 5(c) | Deadline for full rebuttal expert disclosures | May 14, 2024 | July 14, 2024 |
| Paragraph 5(d) | Close of expert discovery | June 18, 2024 | Aug. 18, 2024 |
| Paragraph 7(a) | Dispositive motion deadline | July 23, 2024 | Sept. 22, 2024 |

All other provisions of this Court's original Case Management Order shall remain in place.

**IT IS FURTHER ORDERED** that no further extensions will be granted.

Dated this 3rd day of January, 2024.

_____
Susan R. Bolton
United States District Judge

2