# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| The Church of the Eagle and the Condor *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> Merrick Garland *et al.*, <br><br> Defendants. | **Case No. 2:22-cv-01004-SRB** <br><br> **JOINT REPORT ON SETTLEMENT TALKS** |

Pursuant to the Court's Case Management Order ¶ 8 (Dkt. No. 34), the parties hereby jointly provide a report on the current status of settlement negotiations.

As indicated in the parties' joint motions on October 13 and December 20, the parties have been engaged in fruitful settlement discussions for the past several months. *See* Dkt. Nos. 41, 44. In that time, the parties have taken significant steps toward potentially resolving this matter, including DEA completing a pre-registration inspection, and the parties negotiating the text of a potential settlement agreement. The parties remain hopeful that they will reach a settlement in principle by February 19, 2024, the end of the parties' agreed-upon pause of discovery activities. The Plaintiffs request this Court's assistance to facilitate the settlement of the limited remaining issues in dispute. Defendants do not believe they require the Court's assistance to resolve the limited issues in dispute by February 19, but, should that change, they would promptly notify the Court.

Respectfully submitted this 7th day of February, 2024.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Giselle Barcia*
GISELLE BARCIA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-1865
Fax: (202) 514-8640
E-mail: giselle.barcia@usdoj.gov

*Counsel for Defendants*

By: *s/ Jack Silver with permission*
Jack Silver, *pro hac vice*
Cal. Bar No. 160575
Law Office of Jack Silver
708 Gravenstein Hwy No. # 407
Sebastopol, CA 95472-2808
JsilverEnvironmental@gmail.com
Tel: (707) 528-8175
Fax: (707) 829-0934

By: *s/ Gilbert Paul Carrasco with permission*
Gilbert Paul Carrasco, *pro hac vice*
Cal. Bar No. 90838
D.C. Bar No. 334722
Professor of Law
Willamette University College of Law
c/o 19431 Sunray Lane, Suite # 102

Huntington Beach, California 92648-6401
carrasco@willamette.edu
Tel: (714) 698-8142
Mobile: (503) 990-4879

By: *s/ Sean T. McAllister with permission*
Sean T. McAllister, Esq., *pro hac vice*
Colo. Bar No. 31350
Cal. Bar No. 310962
McAllister Law Office, P.C.
4035 E. 3rd Avenue
Denver, CO 80220
sean@mcallisterlawoffice.com
Tel: 720-448-6235

By: *s/ Martha J. Hartney with permission*
Martha J. Hartney, Esq., *pro hac vice*
Colo. Bar No. 42017
Hartney Law, LLC
4450 Arapahoe Avenue, Suite 100
Boulder, CO 80303
martha@hartneylaw.com
Tel: (303) 747-3909
Fax: (303) 835-7199

By: *s/ Ismail Lourido Ali with permission*
Ismail Lourido Ali, Esq., *pro hac vice*
Cal. Bar No. 312660
1530 Campus Drive
Berkeley, CA 94708
lourido.ali@gmail.com
Tel: (559) 801-7317

*Attorneys for Plaintiffs*