# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Church of the Eagle and the Condor, et al., | No. CV-22-01004-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Merrick Garland, et al., | |
| Defendants. | |

Defendants having filed a Notice of Tentative Settlement;

IT IS ORDERED that this matter will be dismissed with prejudice within 60 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

IT IS FURTHER ORDERED vacating the pretrial deadlines; the pretrial conference and the trial date.

Dated this 8th day of April, 2024.

Susan R. Bolton
United States District Judge