BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

BRIGHAM J. BOWEN
Assistant Branch Director

GISELLE BARCIA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-1865
Fax: (202) 514-8640
E-mail: giselle.barcia@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| The Church of the Eagle and the Condor, *et al.*,<br><br>  Plaintiffs,<br>v.<br><br>Merrick Garland, *et al.*,<br><br>  Defendants. | Case No. 2:22-cv-01004-PHX-SRB<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to LRCiv 40.2(d) the Parties to this action are informing the Court that on April 12, 2024, they entered into a written Settlement Agreement. The agreement provides, in part, as follows:

> **¶ 88**. Once this Settlement Agreement is signed by the Parties, the Parties will file a Notice of Settlement with the Court. After filing the Notice of Settlement, the parties have 60 days to negotiate attorneys' fees and costs. If, after 60 days, the Parties have not come to an agreement on attorneys' fees and costs, that issue will be submitted to the Court on a Motion by Plaintiffs. Should such a Motion be necessary, nothing in this Agreement shall preclude Plaintiffs from attaching this Agreement to the Motion.

It provides further:

> ¶ 94. Within fifteen (15) days of the receipt of the payment described in paragraph 88, Plaintiffs shall dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a) by filing a Stipulation of Dismissal with Prejudice.

The parties respectfully request that the Court enter the parties' Proposed Order, which accompanies this Notice regarding scheduling resolution of Plaintiffs' fees and costs.

Respectfully submitted this 17th day of April, 2024.

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        BRIGHAM J. BOWEN
        Assistant Branch Director

        */s/ Giselle Barcia*
        GISELLE BARCIA
        Trial Attorney
        Civil Division, Federal Programs Branch
        U.S. Department of Justice
        1100 L Street NW
        Washington, D.C. 20005
        Telephone: (202) 305-1865
        Fax: (202) 514-8640
        E-mail: giselle.barcia@usdoj.gov

        *Counsel for Defendants*

        By: *s/ Jack Silver*
        Jack Silver, *pro hac vice*
        Cal. Bar No. 160575
        Law Office of Jack Silver
        708 Gravenstein Hwy No. # 407
        Sebastopol, CA 95472-2808
        JsilverEnvironmental@gmail.com
        Tel: (707) 528-8175
        Fax: (707) 829-0934

By: *s/ Gilbert Paul Carrasco with permission*
Gilbert Paul Carrasco, *pro hac vice*
Cal. Bar No. 90838
D.C. Bar No. 334722
Professor of Law *Emeritus*
Willamette University College of Law
900 Pacific Coast Highway, Suite # 305
Huntington Beach, California 92648-6401
carrasco@willamette.edu
Tel: (503) 990-4879

By: *s/ Sean T. McAllister with permission*
Sean T. McAllister, Esq., *pro hac vice*
Colo. Bar No. 31350
Cal. Bar No. 310962
McAllister Law Office, P.C.
4035 E. 3rd Avenue
Denver, CO 80220
sean@mcallisterlawoffice.com
Tel: 720-448-6235

By: *s/ Martha J. Hartney with permission*
Martha J. Hartney, Esq., *pro hac vice*
Colo. Bar No. 42017
Hartney Law, LLC
4450 Arapahoe Avenue, Suite 100
Boulder, CO 80303
martha@hartneylaw.com
Tel: (303) 747-3909
Fax: (303) 835-7199

By: *s/ Ismail Lourido Ali with permission*
Ismail Lourido Ali, Esq., *pro hac vice*
Cal. Bar No. 312660
2135 10th Avenue, A
Oakland, CA 94606
lourido.ali@gmail.com
Tel: (559) 801-7317


*Counsel for Plaintiffs*

3