# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| The Church of the Eagle and the Condor, *et al.*,<br><br>          Plaintiffs,<br>  v.<br><br>Merrick Garland, *et al.*,<br><br>          Defendants. | Case No. CV-22-01004-PHX-SRB<br><br>**ORDER** |

Having considered the parties' Notice of Settlement filed simultaneously with this Proposed Order,

**IT IS ORDERED** that the parties to this action have sixty (60) days from the date of this Order to negotiate attorneys' fees and costs. If, after sixty (60) days, the parties have not come to an agreement on attorneys' fees and costs, that issue will be submitted to this Court on a Motion for Fees and Costs by Plaintiffs.

**IT IS FURTHER ORDERED** that in accordance with the parties' settlement agreement, Plaintiffs shall move to dismiss this case with prejudice within fifteen (15) days of the receipt of any payment of attorneys' fees.

Dated this 17th day of April, 2024.

                                                        */s/ Susan R. Bolton*
                                                        Susan R. Bolton
                                                        United States District Judge