BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

GISELLE BARCIA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-1865
Fax: (202) 514-8640
E-mail: giselle.barcia@usdoj.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| The Church of the Eagle and the Condor *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>Merrick Garland *et al.*,<br><br>Defendants. | Case No. 22-cv-01004-SRB<br><br>**DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS [Doc. 51]** |

Defendants, through undersigned counsel, respectfully moves the Court for an order granting leave to file an opposition to Plaintiffs' motion for an award of attorneys' fees and costs in excess of the page limits set by Local Rule of Civil Procedure ("Local Rule") 7.2(e)(1). Plaintiffs do not oppose this request, and Defendants agree to a commensurate extension of pages for Plaintiffs' reply.

On April 19, 2024, the parties in this matter notified the Court that they had finalized an agreement to settle the claims in the case. Dkt. 49. The parties then entered a sixty-day negotiation period regarding Plaintiffs' demand for attorneys' fees and costs. *Id.* On June 17, 2024, Plaintiffs filed a motion for an award of attorneys' fees and costs. Dkt. 51. That motion attached various affidavits including five declarations prepared by a different lawyer on the team. Dkt. Nos 52-56. Defendants plan to file their opposition to that motion on July 1, 2024. Given the number of affidavits and exhibits attached to Plaintiffs' motion, each containing numerous points that go to the arguments in the brief, the United States requires pages in excess of the limit provided by Local Rule 7.2(e) in order to adequately respond to those arguments in its opposition memorandum.

Local Rule 7.2(e) permits up to seventeen (17) pages, exclusive of attachments, for any motion, and up to eleven (11) pages for any reply, unless otherwise permitted by the Court. The United States seek to enhance the page limit set by Local Rule 7.2(e), by an additional six pages, allowing up to twenty-three (23) pages total, excluding attachments. Plaintiffs could file a reply extended by a commensurate four pages, up to fifteen (15) pages total. Undersigned contacted Plaintiffs' counsel, who does not object and does not oppose Defendants' request. Finally, the undersigned affirms the request is not sought for any other improper purpose.

Accordingly, for the above reasons, the United States respectfully requests that the Court enter an order granting the United States leave to file its fee opposition in excess of the limit set by Local Rule 7.2(e), by an additional six pages, allowing up to twenty-three (23) pages total, excluding attachments, and Plaintiffs' reply by an additional four pages, allowing up to fifteen (15) pages total.

Respectfully submitted this 28th day of June, 2024.

    BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General

    BRIGHAM J. BOWEN
    Assistant Branch Director

    */s/ Giselle Barcia*
    GISELLE BARCIA
    Trial Attorney
    Civil Division, Federal Programs Branch
    U.S. Department of Justice
    1100 L Street NW
    Washington, D.C. 20005
    Telephone: (202) 305-1865
    Fax: (202) 514-8640
    E-mail: giselle.barcia@usdoj.gov

    *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants:

Jack Silver
Law Office of Jack Silver
708 Gravenstein Hwy N, Ste. 407
Sebastopol, CA 95472-2808
Tel.: 707-528-8175
Fax: 707-829-0934
E-mail: lhm28843@sbcglobal.net
E-mail: jsilverenvironmental@gmail.com

Gilbert Paul Carrasco
Willamette University College of Law
19431 Sunray Lane, Ste. 102
Huntington Beach, CA 92648-6401
Tel.: 714-698-8142
E-mail: carrasco@willamette.edu

Ismail L Ali
1530 Campus Dr.
Berkeley, CA 94708
Tel.: 559-801-7317
E-mail: lourido.ali@gmail.com

Martha J Hartney
Hartney Law LLC
4450 Arapahoe Ave.
Boulder, CO 80303
Tel.: 303-747-3909
Fax: 303-835-7199
E-mail: martha@hartneylaw.com

Sean T McAllister
McAllister Law Office PC
4035 E 3rd Ave.
Denver, CO 80220
Tel.: 720-448-6235
E-mail: sean@mcallisterlawoffice.com

3

*s/ Giselle Barcia*
GISELLE BARCIA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice