# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| The Church of the Eagle and the Condor *et al.*,<br><br>             Plaintiffs,<br><br>    vs.<br><br>Merrick Garland *et al.*,<br><br>             Defendants. | Case No. CV-22-01004-PHX-SRB<br><br>**ORDER** |

The Court having reviewed the United States' Unopposed Motion to Exceed Page Limit for its forthcoming opposition memorandum to Plaintiffs' Motion for Attorneys' Fees and Costs (Dkt. 51), and good cause appearing,

IT IS HEREBY ORDERED granting the United States leave to file its forthcoming opposition memorandum in excess of the page limits set by Local Rule 7.2(e), and allowing up to twenty-three (23) pages total, excluding attachments, and allowing, for Plaintiffs' reply memorandum, up to fifteen (15) pages total.

Dated this 28th day of June, 2024.

*Susan R. Bolton*
Susan R. Bolton
United States District Judge