Jack Silver, Esq. *pro hac vice*
Law Office of Jack Silver
California State Bar No. 60575
708 Gravenstein Hwy North, Suite 407
Sebastopol, CA 95472-2808
Tel: (707) 528-8175
Fax: (707) 829-0934
Email: JsilverEnvironmental@gmail.com

*Attorneys for Plaintiffs (lead)*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| The Church of the Eagle and the Condor, *et al.*,<br><br>    Plaintiffs,<br>  v.<br><br>Merrick Garland, *et al.*,<br><br>    Defendants. | Case No. 2:22-cv-01004-PHX-SRB<br><br>**PLAINTIFFS' MOTION TO FILE DOCUMENT UNDER SEAL** |

The document filed with this Court as Exhibit A to *Plaintiffs' Reply In Support of Plaintiffs' Motion for Attorneys' Fees and Related Non-taxable Expenses,* and entered as Docket No. 60-1, is subject to a protective order. A true and correct copy of the protective order is attached to this Motion as Attachment A.  The Protective Order states, at Paragraph 9, "Notwithstanding Paragraph 7 of this Order, Documents designated "Confidential - Subject to Protective Order" or a similar marking may be disclosed to the following: a. *The Court and its official personnel*;..." (emphasis added).

Exhibit A to *Plaintiffs' Reply In Support of Plaintiffs' Motion for Attorneys' Fees and Related Non-taxable Expenses* is in response to Defendants' disingenuous claim that, "Plaintiffs never reached out to DEA, communicated with DEA, or applied through the

1  Guidance process designed to address the exact factual scenario facing them. Had they
2  taken that path, the parties could have reached the same outcome without litigation." (Doc.
3  59, at p. 14, ln 3-6).  Defendants' assertion is clearly erroneous given their own admission
4  that no applicant under the DEA's Religious Exemption Petition Process has ever received
5  an exemption from the CSA.
6      Plaintiffs respectfully request that this Court issue an Order permitting Plaintiffs to
7  file an unredacted copy of Exhibit A to *Plaintiffs' Reply In Support of Plaintiffs' Motion*
8  *for Attorneys' Fees and Related Non-taxable Expenses* under seal.

Dated: July 8, 2024

By: *s/ Jack Silver*
JACK SILVER, *pro hac vice*
Cal. Bar No. 160575
Law Office of Jack Silver
708 Gravenstein Hwy No. # 407
Sebastopol, CA 95472-2808
Tel: (707) 528-8175
Fax: (707) 829-0934
Email: JsilverEnvironmental@gmail.com