**NOT FOR PUBLICATION**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Church of the Eagle and the Condor, et al., | No. CV-22-01004-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Merrick Garland, et al., | |
| Defendants. | |

On July 8, 2024, Defendants filed their Response in Opposition to Plaintiffs' Motion for Attorneys' Fees. (*See* Doc. 59.) The Response includes a document setting forth Defendants' analysis and proposed adjustments to Plaintiff counsels' billing entries, and states that Defendants can make available an Excel file of its proposed adjustments to aid the Court's resolution of the fee dispute. (Doc. 59-1, Ex. 1, Declaration of Giselle Barcia at 3 n.1; Doc. 59-3, Ex. B.)

IT IS ORDERED directing Defendants to file with the Clerk of Court a non-electronic copy of the Excel file containing the proposed adjustments to Plaintiff counsels' billing entries via a flash drive and hand deliver a separate non-electronic copy of the Excel file via flash drive to the Court's Chambers, within 3 days of the date of this order.

. . .

. . .

. . .

1   IT IS FURTHER ORDERED directing Defendants to deliver a non-electronic
2 copy of the Excel file to opposing counsel within 3 days of the date of this order.
3   Dated this 17th day of July, 2024.

_____
Susan R. Bolton
United States District Judge