# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Church of the Eagle and the Condor, et al., <br> Plaintiffs, <br> v. <br> Merrick Garland, et al., <br> Defendants. | No. CV-22-01004-PHX-SRB <br><br> **ORDER** |

Plaintiff, The Church of the Eagle and the Condor has filed a Motion to Seal Exhibit A to its Reply in Support of Plaintiffs' Motion for Attorneys' Fees and Related Non-Taxable Expenses. Plaintiff asks to seal the Exhibit because it is subject to a Protective Order. No other reason is provided nor is the confidential nature of the document apparent to the Court.

IT IS ORDERED denying Plaintiffs' Motion to File Document Under Seal. (Doc. 65) Rule 5.6(b), Local Rules of Civil Procedure for the District of Arizona provides in part, "Any motion or stipulation to file a document under seal must set forth a clear statement of the facts and legal authority justifying the filing of the document under seal."

Dated this 18th day of July, 2024.

Susan R. Bolton
United States District Judge