BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General

BRIGHAM J. BOWEN
Assistant Branch Director

GISELLE BARCIA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-1865
Fax: (202) 514-8640
E-mail: giselle.barcia@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| The Church of the Eagle and the Condor, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> Merrick Garland, *et al.*, <br><br> Defendants. | Case No. 2:22-cv-01004-PHX-SRB <br><br> **MOTION FOR LEAVE TO FILE OPPOSITION TO PLAINTIFFS' "MOTION TO INCORPORATE"** |

Defendants are in receipt of Plaintiffs' latest filing, captioned as a "motion to incorporate settlement agreement in order and for retention of jurisdiction." Dkt. 70. This motion is procedurally improper and substantively frivolous, and Defendants provide notice to this Court of their intent to oppose it. Plaintiffs have, in effect if not in name, embedded within their latest filing a motion for reconsideration of the denial of their motion for fees. Defendants are mindful of this Court's rule that "[n]o response to a motion for reconsideration and no reply to the response may be filed unless ordered by the Court." L.R. 7.2 (g)(2). Defendants are also mindful of wasting judicial resources. But given the unusual posture of

Plaintiffs' filing, and the number of improper assertions contained therein, Defendants seek an opportunity to respond and clarify the record.

To that end, Defendants seek leave of Court to oppose Plaintiffs' motion. Plaintiffs did not confer with Defendants regarding their motion to incorporate or any potential briefing schedule. Counsel of record will be on pre-scheduled leave and out of the office from August 16 through August 26, 2024. As such, if the Court grants leave to file a response, Defendants would be prepared to file such an opposition on September 9, 2024. Defendants do not oppose an opportunity for Plaintiffs to reply in kind.

Respectfully submitted this 13th day of August, 2024.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Giselle Barcia*
GISELLE BARCIA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-1865
Fax: (202) 514-8640
E-mail: giselle.barcia@usdoj.gov

*Counsel for Defendants*