# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Church of the Eagle and the Condor, et al., | No. CV-22-01004-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| Merrick Garland, et al., | |
| Defendants. | |

The Court has reviewed Defendants' Motion for Leave to File Opposition to Plaintiffs' Motion to Incorporate Settlement Agreement in Order and for Retention of Jurisdiction (Doc. 71), and good cause appearing,

IT IS ORDERED granting Defendants leave to file an opposition memorandum in response to Plaintiffs' motion by September 9, 2024.

Dated this 14th day of August, 2024.

_____
Susan R. Bolton
United States District Judge