Jack Silver, *pro hac vice*
Law Office of Jack Silver
California State Bar No. 60575
708 Gravenstein Hwy North, Suite 407
Sebastopol, CA 95472-2808
JsilverEnvironmental@gmail.com
(707) 528-8175
(707) 829-0934 (fax)

Gilbert Paul Carrasco, *pro hac vice*
Cal. Bar No. 90838
D.C. Bar No. 334722
900 Pacific Coast Highway, Suite # 305
Huntington Beach, CA 92648-4863
(503) 990-4879
carrasco@willamette.edu

*Attorneys for Plaintiffs*
*[Additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| The Church of the Eagle and the Condor, *et al.*, <br><br>              Plaintiffs, <br>     v. <br><br> Merrick Garland, *et al.*, <br><br>              Defendants. | Case No. 2:22-cv-01004-PHX-SRB <br><br> **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

Plaintiffs herein, The Church of the Eagle and the Condor, an Arizona Religious Corporation, on its own behalf and on behalf of its members, Joseph Tafur, M.D., Individually and as Spiritual Leader of The Church of the Eagle and the Condor, Belinda Eriacho, M.P.H., Kewal Wright, Benjaman Sullivan and Joseph Bellus, appeal to the United States Court of Appeals for the Ninth Circuit from the Order of Dismissal entered in this action by the District Court on January 24, 2025 (Dkt # 75) and the Order on which the Order of Dismissal was based, the Order on July 30, 2024 denying Plaintiffs' Motion for Award of Attorneys' Fees and Related Non-Taxable Expenses (Dkt #69), and the Order entered on January 24, 2025 denying Plaintiffs' Motion to Incorporate Settlement Agreement In Order and for Retention of Jurisdiction (Dkt #75).

DATED: February 24, 2025          Respectfully submitted,

*s/ Jack Silver*
Jack Silver, *pro hac vice*
Cal. Bar No. 160575
Law Office of Jack Silver
708 Gravenstein Hwy No. # 407
Sebastopol, CA 95472-2808
JsilverEnvironmental@gmail.com
Tel: (707) 528-8175
Fax: (707) 829-0934

*s/ Gilbert Paul Carrasco with permission*
Gilbert Paul Carrasco, *pro hac vice*
Cal. Bar No. 90838
D.C. Bar No. 334722
900 Pacific Coast Highway, Suite # 305
Huntington Beach, CA 92648-4863
(503) 990-4879
carrasco@willamette.edu

*s/ Martha J. Hartney with permission*
Martha J. Hartney, Esq., *pro hac vice*
Colo. Bar No. 42017
Hartney Law, LLC
4450 Arapahoe Avenue, Suite 100

Boulder, CO 80303
martha@hartneylaw.com
Tel: (303) 747-3909
Fax: (303) 835-7199

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

GISELLE BARCIA
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, D.C. 20005
Telephone: (202) 305-1865
Fax: (202) 514-8640
E-mail: giselle.barcia@usdoj.gov

                                                   *s/ Jack Silver*
                                                   Jack Silver, *pro hac vice*
                                                   Law Office of Jack Silver

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:22-cv-01004-PHX-SRB

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 06/09/2022

Date of judgment or order you are appealing: 07/30/2024 and 01/24/2025

Docket entry number of judgment or order you are appealing: #69 and #75

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

The Church of the Eagle and the Condor, an Arizona Religious Corporation, on its own behalf and on behalf of its members; Joseph Tafur, Individually and as Spiritual Leader of The Church of the Eagle and the Condor; Belinda Eriacho, M.P.H.; Kewal Wright; Benjaman Sullivan; Joseph Bellus

Is this a cross-appeal?   ◯ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ◯ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** *[signature]*   Date 02-21-2025

*Complete and file with the attached representation statement in the U.S. District Court*
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                              *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> The Church of the Eagle and the Condor, Joseph Tafur, Belinda Eriacho, M.P.H, Kewal Wright, Benjaman Sullian, Joseph Bellus

Name(s) of counsel (if any):

> Jack Silver, Esq.
> Law Office of Jack Silver

Address: 708 Gravenstein Hwy No. # 407, Sebastopol, CA 95473

Telephone number(s): (707) 528-8175

Email(s): JsilverEnvironmental@gmail.com; lhm28843@sbcglobal.net

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Merrick Garland, Attorney General of the United States
> Alejandro Mayorkas Secretary, U.S. Department of Homeland Security

Name(s) of counsel (if any):

> Giselle Barcia, Trial Attorney, Civil Division, Federal Programs Branch, U.S. Department of Justice,

Address: 1100 L Street NW, Washington, D.C. 20005

Telephone number(s): (202) 305-1865

Email(s): giselle.barcia@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

> The Church of the Eagle and the Condor, Joseph Tafur, Belinda Eriacho, M.P.H, Kewal Wright, Benjaman Sullian, Joseph Bellus

Name(s) of counsel (if any):

> Gilber Paul Carrasco, Esq.

Address: 900 Pacific Coast Highway, Suite 305, Huntington Beach, CA 92648

Telephone number(s): (503) 990-4879

Email(s): carrasco@willamette.edu

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**Appellees**

Name(s) of party/parties:

> Ann Milgram, Administrator, U.S. Drug Enforcement Administration, Troy Miller, Acting Commissioner, U.S. Customs and Border Protection

Name(s) of counsel (if any):

> Giselle Barcia, Trial Attorney, Civil Division, Federal Programs Branch, U.S. Department of Justice,

Address: 1100 L Street NW, Washington, D.C. 20005

Telephone number(s): (202) 305-1865

Email(s): giselle.barcia@usdoj.gov

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                              2                                     New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

> The Church of the Eagle and the Condor, Joseph Tafur, Belinda Eriacho, M.P.H., Kewal Wright, Benjaman Sullivan and Joseph Bellus

Name(s) of counsel (if any):

> Martha J. Hartney, Esq
> Hartney Law LLC

Address: 4450 Arapahoe Avenue, Suite 100, Boulder, CO 80303

Telephone number(s): (303)747-3909

Email(s): martha@hartneylaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                                    2                                          New 12/01/2018